**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **DELAWARE**
                              (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

1. **Debtor's name**

   Immersive Art Space LP

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   8 5 _ 4 0 0 7 5 7 8

4. **Debtor's address**

   **Principal place of business**

   108 West Germania Place
   Number        Street

   _____

   Chicago          IL    60610
   City             State  ZIP Code

   Cook
   County

   **Mailing address, if different from principal place of business**

   _____
   Number        Street

   _____
   P.O. Box

   _____
   City             State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number        Street

   _____

   _____
   City             State   ZIP Code

5. **Debtor's website (URL)**

   _____

| Debtor | Immersive Art Space LP | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☑ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>7</u>   <u>1</u>   <u>3</u>   <u>9</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                         MM / DD / YYYY

              District _____   When _____   Case number _____
                                             MM / DD / YYYY

Debtor    Immersive Art Space
_____    Case number (if known)_____
              Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.   Debtor   Lighthouse Immersive Inc._____    Relationship   Affiliate_____

         District   Delaware_____    When   07/27/2023_____
                                                          MM / DD / YYYY

         Case number, if known   23-11021-LSS_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other_____

**Where is the property?**_____
                          Number        Street

_____

_____
City                                              State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency_____

Contact name_____

Phone_____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Debtor _____    Case number (if known)_____
                    Name

| 15. **Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/30/2025**
             MM   / DD / YYYY

✗ **/s/ Michael Willetts**                           Michael Willetts
_____            _____
Signature of authorized representative of debtor      Printed name

Title **Authorized Agent**
_____

| 18. **Signature of attorney** | ✗ **/s/ Karen M. Grivner** | Date **05/30/2025** |
|---|---|---|

✗ **/s/ Karen M. Grivner**                           Date  **05/30/2025**
_____                          MM  / DD / YYYY
Signature of attorney for debtor

Karen M. Grivner
_____
Printed name

Clark Hill PLC
_____
Firm name

824 N. Market Street, Suite 710
_____
Number       Street

Wilmington                                DE        19801
_____      _____   _____
City                                      State    ZIP Code

302-250-4750                              kgrivner@clarkhill.com
_____      _____
Contact phone                             Email address

4372                                      DE
_____      _____
Bar number                                State

**Immersive Art Space**

**Affiliated Pending Bankruptcy Cases**

Debtor:          Lighthouse Immersive USA, Inc.
Relationship:  General Partner
District:         Delaware
When:           07/27/2023
Case #:          23-11022-LSS

**CORPORATE RESOLUTION AUTHORIZING FILING OF BANKRUPTCY PETITION**

**OF**

**IMMERSIVE ART SPACE LP**

**(the "Company")**

The undersigned, constituting each Partner (as defined in that certain Agreement of Limited Partnership, dated November 13, 2020 and below ("**Agreement**")) of the Company, do hereby consent to the adoption of the following resolutions as of the date hereof:

**WHEREAS,** the Company is a Delaware limited partnership by and among 031165 USA, Inc.[1], a Delaware corporation ("**USA Limited Partner**"), Maestro Immersive Art Inc., a New York corporation ("**Maestro Limited Partner**" and together with USA Limited Partner, the "**Limited Partners**"), and Immersive Art Space LLC, a Delaware limited liability company and general partner of the limited partnership ("**General Partner**" and together with the Maestro Limited Partner and USA Limited Partner, collectively, the "**Partners**" and each, individually, a "**Partner**"), pursuant to that certain Agreement;

**WHEREAS,** the Company experienced rapid growth during the Covid-19 pandemic, which proved unsustainable due to business challenges, including the absence of a substantial financial department or a long-term chief financial officer;

**WHEREAS,** the Company's financial strain deepened as government restrictions in place during the Covid-19 pandemic were lifted, allowing theatres, galleries, and museums to resume operations, and resulting in multiple competitors entering the market with competitive prices;

**WHEREAS,** the Company began winding down its operations by late 2022 and early 2023 due to the aforementioned challenges, with its debt far exceeding the value of its assets and causing an inability to pay its debts as they became due;

**WHEREAS**, the Partners have had the opportunity to consult with the Company's management, legal and financial advisors to fully consider, and have considered, the strategic alternatives available to the Company;

**WHEREAS**, to reconcile and adjudicate the claims against it with limited assets remaining, the Partners of the Company deem it desirable and in the best interest of the Company,

---

[1] Successor in interest to Lighthouse Immersive USA, Inc., successor in interest to Lighthouse Immersive USA, Corp.

its creditors and other relevant stakeholders, for the Company to file a voluntary petition for relief under the provisions of chapter 11 subchapter V of title 11 of the United States Code (the "**Chapter 11 Subchapter V Case**") before the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**");

**WHEREAS,** each Limited Partner has consented in writing to the filing of the Chapter 11 Subchapter V Case, constituting a Major Matter pursuant to Section 6.01(c) of the Agreement;

**NOW THEREFORE BE IT RESOLVED,** that Michael Willetts (the "**Authorized Person**") is hereby authorized, empowered and directed, with full power of delegation, to negotiate, execute, deliver and file with the Bankruptcy Court, in the name and on behalf of the Company, plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders and other documents as deemed necessary, appropriate, or advisable, for the bankruptcy filing (collectively, the "**Chapter 11 Subchapter V Filings**") with such changes therein and additions thereto as the Authorized Person may deem necessary, appropriate or advisable, for the execution and delivery of any of the Chapter 11 Subchapter V Filings by the Authorized Person with any changes thereto to be conclusive evidence that the Authorized Person deemed such changes to meet such standard;

**RESOLVED**, that the Authorized Person shall be, and hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that the Authorized Person deems necessary, appropriate, or desirable in connection with the Company's Chapter 11 Subchapter V Case or Chapter 11 Subchapter V Filings, including, without limitation, (i) the engagement of professionals, including but not limited to, Husch Blackwell LLP and Clark Hill PLC, (ii) the payment of fees, expenses and taxes as the Authorized Person deems necessary, appropriate, or desirable, subject to the requisite Bankruptcy Court approval, and (iii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Subchapter V Case with a view to the successful confirmation of the Chapter 11 Subchapter V Case (such acts to be conclusive evidence that the Authorized Person deemed the same to meet such standard); and

**RESOLVED**, that any and all past actions heretofore taken by the Authorized Person in the name of and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

[SIGNATURES ON FOLLOWING PAGE]

The undersigned, being all the Partners of the Company, consent to the foregoing resolutions.

Date as of May 30, 2025.

GP: IMMERSIVE ART SPACE LLC,
a Delaware limited liability company

By a majority of its Managers

By: *Maria Shclover*

Name: Maria Shclover

Title: Manager

By: *Irina Shabshis*

Name: Irina Shabshis

Title: Manager

USA LIMITED PARTNER:
031165 USA, INC.,
A Delaware corporation

By: _____

Name: Allan Nackan on behalf of
B. Riley Farber Inc. in its capacity as
CCAA Monitor of 031165 USA,
INC., successor in interest to
LIGHTHOUSE IMMERSIVE USA,
INC. and not in its personal capacity

Title: CCAA Monitor

MAESTRO LIMITED PARTNER:
MAESTRO IMMERSIVE ART INC.,

By: *Maria Shclover*

Name: Maria Shclover

Title: Partner

By: *Irina Shabshis*

Name: Irina Shabshis

Title: Partner

# United States Bankruptcy Court
### District of Delaware

In re    **Immersive Art Space LP**_____    Case No. _____

_____Debtor(s)    Chapter    **11**_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Immersive Art Space LP**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**031165 USA, Inc.**
**1201 N. Orange Street, Suite 762**
**Wilmington, DE 19801**
_____

**Maestro Immersive Art Inc.**
**4 Harness Court**
**North Salem, NY 10560**
_____

☐ None [*Check if applicable*]

**May 30, 2025**_____    */s/ Karen M. Grivner*_____
Date    **Karen M. Grivner**
    Signature of Attorney or Litigant
    Counsel for   **Immersive Art Space LP**_____
    **Clark Hill PLC**
    **824 N. Market Street, Suite 710**
    **Wilmington, DE 19801**
    **302-250-4760 Fax:302-421-9439**
    **kgrivner@clarkhill.com**

# United States Bankruptcy Court
### District of Delaware

In re  **Immersive Art Space LP**  _____  Case No.  _____

Debtor(s)  Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **031165 USA, Inc.**<br>**1201 N. Orange Street, Suite 762**<br>**Wilmington, DE 19801** | | **69.90** | **limited partnership** |
| **Immersive Art Space LLC**<br>**108 West Germania Place**<br>**Chicago, IL 60610** | | **0.2** | **limited partnership** |
| **Maestro Immersive Art Inc.**<br>**4 Harness Court**<br>**North Salem, NY 10560** | | **29.90** | **limited partnership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Authorized Agent** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 30, 2025** _____  Signature  /s/ Michael Willetts _____

**Michael Willetts**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Immersive Art Space LP** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **14039483 Canada Inc. 1480 Howe St 30036 Vancouver BC  V6Z 1C4 Canada** | | **Trade Debt** | | | | **$1,131.34** |
| **City of Chicago Department of Law c/o Jason L. Rubin 2 N. LaSalle Street, Suite 440 Chicago, IL 60602** | **Jason L. Rubin** **jason.rubin@cityof chicago.org** **312-744-4174** | **Chicago Department of Finance Tax Enforcement Unit Tax Type: 7510, Code Chapter: 4-156 For the Period: July 1, 2016 - June 30, 2023** | **Disputed** | | | **$0.00** |
| **Cloud Space Inc. 301-5399 Eglinton Avenue W Etobicoke, ON M9C 5K6 CANADA** | **sales@cloudspacei nc.com** | **Trade Debt** | | | | **$895.84** |
| **Department of Administrative Hearings 400 W. Superior Street Chicago, IL 60654** | **Aaron McKerry** **aaron.mckerry@co okcountyil.gov** | **Department of Revenue Citation** | **Disputed** | | | **$0.00** |
| **Duane Morris LLP 305 17th Street Philadelphia, PA 19103** | **accountsreceivable @duanemorris.co m** **215-979-1000** | **Legal fees** | | | | **$675.50** |

| Debtor | **Immersive Art Space LP** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fern Hill Company c/o Nick Anderson 500 West Madison Avenue Suite 1000 A35 Chicago, IL 60605** | **Nick Anderson** nickanderson@fernhillcompany.com | **Trade Debt** | | | | **$16,000.00** |
| **Fireflyhigh, Inc. 1452 S. Peoria St. Chicago, IL 60608** | eric.prado@fireflyhigh.com | **Trade Debt** | | | | **$1,456.01** |
| **Germania Plaza, LLC c/o R2 Core 108, LLC 108 W. Germania Place Chicago, IL 60610** | **Marc Garrison** mgarrison@r2.me | **Office rent** | | | | **$420,004.02** |
| **Law Offices of Lori A. Goldstein, LLC 1787 Orchard Lane #8355 Northfield, IL 60093** | lori.a.goldstein@gmail.colm | **Legal fees** | | | | **$540.00** |
| **Nixon Peabody LLP c/o Erica Van Loon 300 South Grand Avenue, Suite 4100 Los Angeles, CA 90071-3151** | **Erica Van Loon** 213-629-6000 | **Legal services** | | | | **$113,696.15** |
| **Pittsburgh Logistics Systems, Inc. 2000 Westinghouse Drive, Suite 201 Cranberry Twp, PA 16066** | remit@plslogistics.com | **Trade Debt** | | | | **$1,400.00** |
| **Power Digital Marketing Inc. 2251 San Diego Avenue, Suite A250 San Diego, CA 92110** | 619-501-1211 | **Marketing** | | | | **$6,500.00** |
| **Sterling Law Office LLC 112 S. Sangamon Street, Suite 101 Chicago, IL 60607** | | **Legal services** | | | | **$237.50** |

**Fill in this information to identify the case:**

Debtor name    **Immersive Art Space LP**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
  amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 30, 2025**          X **/s/ Michael Willetts**
                                         Signature of individual signing on behalf of debtor

                                         **Michael Willetts**
                                         Printed name

                                         **Authorized Agent**
                                         Position or relationship to debtor

# United States Bankruptcy Court
## District of Delaware

In re    **Immersive Art Space LP**                                    Case No.

Debtor(s)                    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 30, 2025**                    **/s/ Michael Willetts**

**Michael Willetts**/**Authorized Agent**
Signer/Title

031165 USA, Inc.
1201 N. Orange Street, Suite 762
Wilmington, DE 19801

14039483 Canada Inc.
1480 Howe St 30036
Vancouver BC  V6Z 1C4
CANADA

City of Chicago
Department of Law
c/o Jason L. Rubin
2 N. LaSalle Street, Suite 440
Chicago, IL 60602

Civil Actions Bureau-Muni l Litigation
Cook County State's Attorney's Office
Attn:  Aaron McKerry
500 Richard J. Daley Center
Chicago, IL 60602

Cloud Space Inc.
301-5399 Eglinton Avenue W
Etobicoke, ON  M9C 5K6
CANADA

Cook County Treasurer's Office
118 North Clark Street, Room 112
Chicago, IL 60602

Department of Administrative Hearings
400 W. Superior Street
Chicago, IL 60654

Duane Morris LLP
305 17th Street
Philadelphia, PA 19103

Fern Hill Company
c/o Nick Anderson
500 West Madison Avenue
Suite 1000 A35
Chicago, IL 60605

Fireflyhigh, Inc.
1452 S. Peoria St.
Chicago, IL 60608

Germania Plaza, LLC
c/o R2 Core 108, LLC

108 W. Germania Place
Chicago, IL 60610

Ilinois Department of Reveneue
555 West Monroe, Suite 1100
Chicago, IL 60661

Internal Revenue Service
Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

Law Offices of Lori A. Goldstein, LLC
1787 Orchard Lane #8355
Northfield, IL 60093

Lighthouse Immersive Inc USD
1201 N. Orange Street, Suite 762
Wilmington, DE 19801

Lighthouse Immersive Inc.
640 Briar Hill Avenue
Toronto, ON  M5N 1N2
CANADA

Nixon Peabody LLP
c/o Erica Van Loon
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151

Pittsburgh Logistics Systems, Inc.
2000 Westinghouse Drive, Suite 201
Cranberry Twp, PA 16066

Power Digital Marketing Inc.
2251 San Diego Avenue, Suite A250
San Diego, CA 92110

R2 Core 108, LLC
c/o R2 Property Management, LLC
Attn:  Marc Garrison
1315 N. North Branch Street, Suite D
Chicago, IL 60642

Sterling Law Office LLC
112 S. Sangamon Street, Suite 101
Chicago, IL 60607

# 2022 TAX RETURN FILING INSTRUCTIONS
## U.S. RETURN OF PARTNERSHIP INCOME

**FOR THE YEAR ENDING**
December 31, 2022

**Prepared For:**

IMMERSIVE ART SPACE, LP
c/o Waldman Hirsch
3 Second Street, Suite 204
Jersey City, NJ  07311

**Prepared By:**

WALDMAN HIRSCH AND CO LLP
Harborside 10, 3 2nd St, Suite 204
Jersey City, NJ 07311

**To Be Signed and Dated By:**

A general partner

**Amount of Tax:**

Not applicable

**Mail Tax Return To:**

This return has qualified for electronic filing.  After reviewing your return for completeness
and accuracy, please sign Form 8879-PE and contact our office to confirm that your
return can be filed electronically.

**Forms to be Distributed to Partners:**

Enclosed are copies of Schedule K-1 to be distributed to the partners.

**Return Must be Mailed On or Before:**

Return federal Form 8879-PE to us by September 15, 2023.

**Special Instructions:**

Do not mail the paper copy of the return to the IRS.

Form **8879-PE**

Department of the Treasury
Internal Revenue Service

# E-file Authorization for Form 1065

(For return of partnership income or administrative adjustment request)

**ERO must obtain and retain completed Form 8879-PE.**
**Go to www.irs.gov/Form8879PE for the latest information.**

For calendar year 2022, or tax year beginning _____ , 2022, ending _____ ,20 ____ .

OMB No. 1545-0123

**2022**

| Name of partnership IMMERSIVE ART SPACE, LP | Employer identification number |
|---|---|
| C/O WALDMAN HIRSCH | 85-4007578 |

| **Part I** | **Form 1065 Information** (Whole dollars only) | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1065, line 1c) | 1 | 11,179,286. |
| 2 | Gross profit (Form 1065, line 3) | 2 | 8,490,098. |
| 3 | Ordinary business income (loss) (Form 1065, line 22) | 3 | -1,199,720. |
| 4 | Net rental real estate income (loss) (Form 1065, Schedule K, line 2) | 4 | |
| 5 | Other net rental income (loss) (Form 1065, Schedule K, line 3c) | 5 | |

| **Part II** | **Declaration and Signature Authorization of Partner or Member or Partnership Representative** |
|---|---|

I declare under penalties of perjury that:

1a. If the Form 1065 is being transmitted as part of a return of partnership income, I am a partner or member of the named partnership.
b. If the Form 1065 is being transmitted as part of an administrative adjustment request (AAR), I am the partnership representative (PR) of the named partnership.
2   I have examined a copy of the partnership's electronic Form 1065 (whether used as return or AAR) and accompanying forms, schedules, and statements, and to the best of my knowledge and belief, it/they is/are true, correct, and complete.
3   I am fully authorized to sign the return or AAR on behalf of the partnership.
4   The amounts shown in Part I above are the amounts shown on the electronic copy of the partnership's Form 1065.
5   I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to transmit the partnership's return or AAR to the IRS and to receive from the IRS (a) an acknowledgment of receipt or reason for rejection of the transmission and (b) the reason for any delay in processing the return or AAR.
6   I have selected a personal identification number (PIN) as my signature for the partnership's electronic return of partnership income or AAR.

**Partner's or Member or PR PIN: check one box only**

[X] I authorize WALDMAN HIRSCH AND CO LLP _____ to enter my PIN [▮▮▮▮▮]
                              **ERO firm name**                              **Don't enter all zeros**
as my signature on the partnership's 2022 electronically filed return of partnership income or AAR.

[ ] As a Partner or Member or PR of the partnership, I will enter my PIN as my signature on the partnership's 2022 electronically filed return of partnership income or AAR..

Partner or Member or PR signature: _____ **** THIS IS NOT A FILEABLE COPY ****
Title: PARTNER                                                                  Date: _____

| **Part III** | **Certification and Authentication** |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. [▮▮▮▮▮▮▮▮▮▮▮]
                              **Don't enter all zeros**

I certify that the above numeric entry is my PIN, which is my signature on the 2022 electronically filed return of partnership income or AAR for the partnership indicated above. I confirm that I am submitting this return or AAR in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature: WALDMAN HIRSCH AND CO LLP _____   Date: 09/11/23

---

## ERO Must Retain This Form - See Instructions
## Don't Submit This Form to the IRS Unless Requested To Do So

---

**For Paperwork Reduction Act Notice, see instructions.**                              Form **8879-PE** (2022)

LHA

221031 12-07-22

EXTENSION GRANTED TO 09/15/23

Form **1065**

Department of the Treasury
Internal Revenue Service

## U.S. Return of Partnership Income

OMB No. 1545-0123

For calendar year 2022, or tax year beginning _____ , ending _____

Go to www.irs.gov/Form1065 for instructions and the latest information.

**2022**

| | | |
|---|---|---|
| **A** Principal business activity | Name of partnership | **D** Employer identification number |
| CULTURAL EVENTS | IMMERSIVE ART SPACE, LP | 85-4007578 |
| **B** Principal product or service | C/O WALDMAN HIRSCH | **E** Date business started |
| | Number, street, and room or suite no. If a P.O. box, see instructions. | 11/17/2020 |
| THEATER | 3 SECOND STREET, SUITE 204 | |
| **C** Business code number | City or town, state or province, country, and ZIP or foreign postal code | **F** Total assets (see instr.) |
| 713900 | JERSEY CITY        NJ 07311 | $15,793,891. |

Type or Print

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify) _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year          3

**J** Check if Schedules C and M-3 are attached

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

### Income

| | | | | |
|---|---|---|---|---|
| **1a** | Gross receipts or sales | **1a** | 11,179,286. | |
| **b** | Returns and allowances | **1b** | | |
| **c** | Balance. Subtract line 1b from line 1a | | **1c** | 11,179,286. |
| **2** | Cost of goods sold (attach Form 1125-A) | | **2** | 2,689,188. |
| **3** | Gross profit. Subtract line 2 from line 1c | | **3** | 8,490,098. |
| **4** | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | **4** | |
| **5** | Net farm profit (loss) (attach Schedule F (Form 1040)) | | **5** | |
| **6** | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **6** | |
| **7** | Other income (loss) (attach statement)          SEE STATEMENT 2 | | **7** | 214,003. |
| **8** | **Total income (loss).** Combine lines 3 through 7 | | **8** | 8,704,101. |

### Deductions (see instructions for limitations)

| | | | | |
|---|---|---|---|---|
| **9** | Salaries and wages (other than to partners) (less employment credits) | | **9** | 1,524,203. |
| **10** | Guaranteed payments to partners | | **10** | |
| **11** | Repairs and maintenance | | **11** | 51,426. |
| **12** | Bad debts | | **12** | |
| **13** | Rent | | **13** | 744,000. |
| **14** | Taxes and licenses          SEE STATEMENT 3 | | **14** | 120,008. |
| **15** | Interest (see instructions) | | **15** | |
| **16a** | Depreciation (if required, attach Form 4562) | **16a** | 243,119. | |
| **b** | Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | | **16c** 243,119. |
| **17** | Depletion **(Do not deduct oil and gas depletion.)** | | **17** | |
| **18** | Retirement plans, etc. | | **18** | |
| **19** | Employee benefit programs | | **19** | 69,063. |
| **20** | Other deductions (attach statement)          SEE STATEMENT 4 | | **20** | 7,152,002. |
| **21** | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | **21** | 9,903,821. |
| **22** | **Ordinary business income (loss).** Subtract line 21 from line 8 | | **22** | -1,199,720. |

### Tax and Payment

| | | | |
|---|---|---|---|
| **23** | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | **23** | |
| **24** | Interest due under the look-back method-income forecast method (attach Form 8866) | **24** | |
| **25** | BBA AAR imputed underpayment (see instructions) | **25** | |
| **26** | Other taxes (see instructions) | **26** | |
| **27** | **Total balance due.** Add lines 23 through 26 | **27** | |
| **28** | Payment (see instructions) | **28** | |
| **29** | **Amount owed.** If line 28 is smaller than line 27, enter amount owed | **29** | |
| **30** | **Overpayment.** If line 28 is larger than line 27, enter overpayment | **30** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true,correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member _____    Date _____

May the IRS discuss this return with the preparer shown below? See instr.    ☒ Yes   ☐ No

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date 09/11/23    Check ☐ if self-employed | PTIN |
| Firm's name ► WALDMAN HIRSCH AND CO LLP | | | Firm's EIN ► ████5694 |
| Firm's address ► HARBORSIDE 10, 3 2ND ST, SUITE 204 JERSEY CITY, NJ 07311 | | | Phone no. (212) 643-4422 |

LHA  **For Paperwork Reduction Act Notice, see separate instructions.**          211001 12-19-22          Form **1065** (2022)

Form 1065 (2022)   IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS   85-4007578   Page **2**

## Schedule B   Other Information

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return?  Check the applicable box: | | |
| **a** | ☐ Domestic general partnership  **b** ☒ Domestic limited partnership | | |
| **c** | ☐ Domestic limited liability company  **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership  **f** ☐ Other | | |
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2022, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10 a** | Is the partnership making, or had it previously made (and not revoked), a sec. 754 election?  See instr. for details regarding a sec. 754 election | | X |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| **c** | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instruction | | X |

211011 12-19-22

Form **1065** (2022)

Form 1065 (2022)    IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS    85-4007578    Page **3**

| Schedule B | Other Information *(continued)* | | Yes | No |
|---|---|---|---|---|
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) | ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions | | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership | | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return | | | |
| 16 a | Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions | | | X |
| b | If "Yes," did you or will you file required Form(s) 1099? | | | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return | | | |
| 18 | Enter the number of partners that are foreign governments under section 892 | | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? | | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions | | | X |
| | If "Yes," enter the total amount of the disallowed deductions $ | | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the partnership has business interest expense. | | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | | |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 $ | | | |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership | | | |
| | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | | X |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | | X |
| | Percentage: By vote By value | | | |
| 29 | Reserved for future use | | | |
| 30 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions | | | X |
| | If "Yes," the partnership must complete Sch. B-2 (Form 1065). Enter the total from Sch. B-2, Part III, line 3 | | | |
| | If "No," complete Designation of Partnership Representative below. | | | |

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

| Name of PR | LIGHTHOUSE IMMERSIVE USA INC | | |
|---|---|---|---|
| U.S. address of PR | ██████████████████ | U.S. phone number of PR | ████████████ |
| If the PR is an entity, name of the designated individual for the PR | COREY ROSS | | |
| U.S. address of designated individual | C/O WALDMAN HIRSCH 3 2ND ST SUITE 2 JERSEY CITY, NJ 07311 | U.S. phone number of designated individual | ████████ |

211021 12-19-22

Form **1065** (2022)

Form 1065 (2022)   IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                85-4007578   Page **4**

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 22) | **1** | -1,199,720. |
| | **2** Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | **3a** Other gross rental income (loss) .......... **3a** | | |
| | **b** Expenses from other rental activities (attach statement) ......... **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | **4** Guaranteed payments: **a** Services **4a** **b** Capital **4b** | | |
| | **c** Total. Add lines 4a and 4b | **4c** | |
| | **5** Interest income | **5** | |
| | **6** Dividends and dividend equivalents: **a** Ordinary dividends | **6a** | |
| | **b** Qualified dividends **6b** **c** Dividend equivalents **6c** | | |
| | **7** Royalties | **7** | |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| | **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| | **b** Collectibles (28%) gain (loss) **9b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement) **9c** | | |
| | **10** Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| | **11** Other income (loss) (see instructions) Type | **11** | |
| **Deductions** | **12** Section 179 deduction (attach Form 4562) | **12** | |
| | **13a** Contributions | **13a** | |
| | **b** Investment interest expense | **13b** | |
| | **c** Section 59(e)(2) expenditures: **(1)** Type **(2)** Amount | **13c(2)** | |
| | **d** Other deductions (see instructions) Type | **13d** | |
| **Self-Employ- ment** | **14a** Net earnings (loss) from self-employment | **14a** | -2,399. |
| | **b** Gross farming or fishing income | **14b** | |
| | **c** Gross nonfarm income | **14c** | 17,408. |
| **Credits** | **15a** Low-income housing credit (section 42(j)(5)) | **15a** | |
| | **b** Low-income housing credit (other) | **15b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| | **d** Other rental real estate credits (see instructions) Type | **15d** | |
| | **e** Other rental credits (see instructions) Type | **15e** | |
| | **f** Other credits (see instructions) Type | **15f** | |
| **Inter- national** | **16** Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance ............ ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** Post-1986 depreciation adjustment | **17a** | |
| | **b** Adjusted gain or loss | **17b** | |
| | **c** Depletion (other than oil and gas) | **17c** | |
| | **d** Oil, gas, and geothermal properties - gross income | **17d** | |
| | **e** Oil, gas, and geothermal properties - deductions | **17e** | |
| | **f** Other AMT items (attach statement) | **17f** | |
| **Other Information** | **18a** Tax-exempt interest income | **18a** | |
| | **b** Other tax-exempt income | **18b** | |
| | **c** Nondeductible expenses | **18c** | |
| | **19a** Distributions of cash and marketable securities | **19a** | |
| | **b** Distributions of other property | **19b** | |
| | **20a** Investment income | **20a** | |
| | **b** Investment expenses | **20b** | |
| | **c** Other items and amounts (attach statement) STMT 5 | | |
| | **21** Total foreign taxes paid or accrued | **21** | |

211041 12-19-22                                                                 Form **1065** (2022)

Form 1065 (2022)   IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                    85-4007578   Page **5**

## Analysis of Net Income (Loss) per Return

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 21 | | | | **1** | -1,199,720. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners | | | | -2,399. | | |
| **b** Limited partners | -1,197,321. | | | | | |

## Schedule L    Balance Sheets per Books

| Assets | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 Cash | | | 8,379,258. | | 4,830,155. |
| 2a Trade notes and accounts receivable | | 15,984. | | 2,354. | |
| b Less allowance for bad debts | | | 15,984. | | 2,354. |
| 3 Inventories | | | | | |
| 4 U.S. government obligations | | | | | |
| 5 Tax-exempt securities | | | | | |
| 6 Other current assets (attach statement) | STATEMENT 6 | | 7,826,495. | | 10,220,900. |
| 7a Loans to partners (or persons related to partners) | | | | | |
| b Mortgage and real estate loans | | | | | |
| 8 Other investments (attach statement) | | | | | |
| 9a Buildings and other depreciable assets | | 1,156,047. | | 740,482. | |
| b Less accumulated depreciation | | | 1,156,047. | | 740,482. |
| 10a Depletable assets | | | | | |
| b Less accumulated depletion | | | | | |
| 11 Land (net of any amortization) | | | | | |
| 12a Intangible assets (amortizable only) | | | | | |
| b Less accumulated amortization | | | | | |
| 13 Other assets (attach statement) | STATEMENT 7 | | 346,295. | | |
| 14 Total assets | | | 17,724,079. | | 15,793,891. |
| **Liabilities and Capital** | | | | | |
| 15 Accounts payable | | | 665,571. | | 569,015. |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | | |
| 17 Other current liabilities (attach statement) | STATEMENT 8 | | 6,350,813. | | 5,811,997. |
| 18 All nonrecourse loans | | | | | |
| 19a Loans from partners (or persons related to partners) | | | | | |
| b Mortgages, notes, bonds payable in 1 year or more | | | | | |
| 20 Other liabilities (attach statement) | | | | | |
| 21 Partners' capital accounts | | | 10,707,695. | | 9,412,879. |
| 22 Total liabilities and capital | | | 17,724,079. | | 15,793,891. |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books | | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 21, not charged against book income this year (itemize): | | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 21 (itemize): | | a | Depreciation $ | | |
| a | Depreciation $ | | 8 | Add lines 6 and 7 | | |
| b | Travel and entertainment $ | | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | |
| 5 | Add lines 1 through 4 | | | | | |

## Schedule M-2    Analysis of Partners' Capital Accounts

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Balance at beginning of year | 9,842,272. | 6 | Distributions:  a Cash | | |
| 2 | Capital contributed:  a Cash | | | b Property | | |
| | b Property | | 7 | Other decreases (itemize): | | |
| 3 | Net income (loss) (see instructions) | -1,199,720. | | | | |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 | | |
| 5 | Add lines 1 through 4 | 8,642,552. | 9 | Balance at end of year. Subtract line 8 from line 5 | | 8,642,552. |

211042  12-19-22                                                                                         Form **1065** (2022)

| Form **1125-A** | **Cost of Goods Sold** | OMB No. 1545-0123 |
|---|---|---|

(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
▶ **Go to www.irs.gov/Form1125A for the latest information.**

| Name  IMMERSIVE ART SPACE, LP | Employer Identification number |
|---|---|
| C/O WALDMAN HIRSCH | 85-4007578 |

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | **1** | |
| 2 | Purchases | **2** | |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule)                SEE STATEMENT 9 | **5** | 2,689,188. |
| 6 | **Total.** Add lines 1 through 5 | **6** | 2,689,188. |
| 7 | Inventory at end of year | **7** | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 2,689,188. |

**9 a** Check all methods used for valuing closing inventory:

   (i) ☐ Cost

   (ii) ☐ Lower of cost or market

   (iii) ☐ Other (Specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods ........................................................... ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ............... ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed
under LIFO | **9d** | |

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ............... ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ............... ☐ Yes ☒ No
If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.                    Form **1125-A** (Rev. 11-2018)

| SCHEDULE B-1<br>(Form 1065)<br>(Rev. August 2019)<br>Department of the Treasury<br>Internal Revenue Service | **Information on Partners Owning 50% or More of the Partnership**<br>▶ Attach to Form 1065.<br>▶ Go to www.irs.gov/Form1065 for the latest information. | OMB No. 1545-0123 |

| Name of partnership | Employer identification number |
|---|---|
| IMMERSIVE ART SPACE, LP<br>C/O WALDMAN HIRSCH | 85-4007578 |

**Part I    Entities Owning 50% or More of the Partnership**  (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| LIGHTHOUSE IMMERSIVE USA INC | ███2401 | CORPORATION | UNITED STATES | 69.90 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II    Individuals or Estates Owning 50% or More of the Partnership**  (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**        **Schedule B-1 (Form 1065)  (Rev. 8-2019)**

| SCHEDULE M-3<br>(Form 1065)<br><br>(Rev. December 2021)<br>Department of the Treasury<br>Internal Revenue Service | **Net Income (Loss) Reconciliation<br>for Certain Partnerships**<br>▶ Attach to Form 1065.<br>▶ Go to www.irs.gov/Form1065 for instructions and the latest information. | OMB No. 1545-0123 |
|---|---|---|

| Name of partnership<br>IMMERSIVE ART SPACE, LP<br>C/O WALDMAN HIRSCH | Employer identification number<br>85-4007578 |
|---|---|

**This Schedule M-3 is being filed because (check all that apply):**

A [X] The amount of the partnership's total assets at the end of the tax year is equal to $10 million or more.

B [X] The amount of the partnership's adjusted total assets for the tax year is equal to $10 million or more. If box B is checked,
enter the amount of adjusted total assets for the tax year ___16,993,611.___ .

C [ ] The amount of total receipts for the tax year is equal to $35 million or more. If box C is checked, enter the total
receipts for the tax year _____ .

D [ ] An entity that is a reportable entity partner with respect to the partnership owns or is deemed to own an interest of 50%
or more in the partnership's capital, profit, or loss on any day during the tax year of the partnership.

| Name of Reportable Entity Partner | Identifying Number | Maximum Percentage Owned or<br>Deemed Owned |
|---|---|---|
|  |  |  |
|  |  |  |

E [ ] Voluntary filer.

**Part I    Financial Information and Net Income (Loss) Reconciliation**

**1a** Did the partnership file SEC Form 10-K for its income statement period ending with or within this tax year?

    [ ] **Yes.** Skip lines 1b and 1c and complete lines 2 through 11 with respect to that SEC Form 10-K.

    [X] **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.

**b** Did the partnership prepare a certified audited non-tax-basis income statement for that period?

    [ ] **Yes.** Skip line 1c and complete lines 2 through 11 with respect to that income statement.

    [X] **No.** Go to line 1c.

**c** Did the partnership prepare a non-tax-basis income statement for that period?

    [X] **Yes.** Complete lines 2 through 11 with respect to that income statement.

    [ ] **No.** Skip lines 2 through 3b and enter the partnership's net income (loss) per its books and records on line 4a.

**2** Enter the income statement period:  Beginning 01/01/2022  Ending 12/31/2022

**3a** Has the partnership's income statement been restated for the income statement period on line 2?

    [ ] **Yes.** (If "Yes," attach a statement and the amount of each item restated.)

    [X] **No.**

**b** Has the partnership's income statement been restated for any of the 5 income statement periods immediately preceding the period on line 2?

    [ ] **Yes.** (If "Yes," attach a statement and the amount of each item restated.)

    [X] **No.**

| | | | |
|---|---|---|---:|
| **4a** | Worldwide consolidated net income (loss) from income statement source identified on Part I, line 1 | **4a** | -787,112. |
| **b** | Indicate accounting standard used for line 4a. See instructions. | | |
| |   **1** [X] GAAP    **2** [ ] IFRS    **3** [ ] Section 704(b) | | |
| |   **4** [ ] Tax-basis    **5** [ ] Other (specify) ▶ _____ | | |
| **5a** | Net income from noninclucible foreign entities (attach statement) | **5a** | (       ) |
| **b** | Net loss from noninclucible foreign entities (attach statement and enter as a positive amount) | **5b** | |
| **6a** | Net income from noninclucible U.S. entities (attach statement) | **6a** | (       ) |
| **b** | Net loss from noninclucible U.S. entities (attach statement and enter as a positive amount) | **6b** | |
| **7a** | Net income (loss) of other foreign disregarded entities (attach statement) | **7a** | |
| **b** | Net income (loss) of other U.S. disregarded entities (attach statement) | **7b** | |
| **8** | Adjustment to eliminations of transactions between includible entities and noninclucible entities (attach stmt.) | **8** | |
| **9** | Adjustment to reconcile income statement period to tax year (attach statement) | **9** | |
| **10** | Other adjustments to reconcile to amount on line 11 (attach statement) | **10** | |
| **11** | **Net income (loss) per income statement of the partnership.** Combine lines 4a through 10 | **11** | -787,112. |

    **Note:** Part I, line 11, must equal Part II, line 26, column (a); or Form 1065, Schedule M-1, line 1. See instructions.

**12** Enter the total amount (not just the partnership's share) of the assets and liabilities of all entities included or removed on the following lines.

| | | Total Assets | Total Liabilities |
|---|---|---|---|
| **a** | Included on Part I, line 4 | 15,793,891. | 6,381,012. |
| **b** | Removed on Part I, line 5 | | |
| **c** | Removed on Part I, line 6 | | |
| **d** | Included on Part I, line 7 | | |

| For Paperwork Reduction Act Notice, see the instructions for your return. | Schedule M-3 (Form 1065) (Rev. 12-2021) |
|---|---|

210991  04-01-22      LHA

Schedule M-3 (Form 1065) (Rev. 12-2021)                                                       **Page 2**

| Name of partnership | IMMERSIVE ART SPACE, LP | Employer identification number |
|---|---|---|
| | C/O WALDMAN HIRSCH | 85-4007578 |

**Part II**    Reconciliation of Net Income (Loss) per Income Statement of Partnership With Income (Loss) per Return

| Income (Loss) Items | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|
| Attach statements for lines 1 through 10. | | | | |
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross foreign distributions previously taxed | | | | |
| 5 Income (loss) from equity method U.S. corporations | | | | |
| 6 U.S. dividends | | | | |
| 7 Income (loss) from U.S. partnerships | | | | |
| 8 Income (loss) from foreign partnerships | | | | |
| 9 Income (loss) from other pass-through entities | | | | |
| 10 Items relating to reportable transactions | | | | |
| 11 Interest income (see instructions) | | | | |
| 12 Total accrual to cash adjustment | | | | |
| 13 Hedging transactions | | | | |
| 14 Mark-to-market income (loss) | | | | |
| 15 Cost of goods sold (see instructions) | ( 2,689,188.) | | | ( 2,689,188.) |
| 16 Sale versus lease (for sellers and/or lessors) | | | | |
| 17 Section 481(a) adjustments | | | | |
| 18 Unearned/deferred revenue | | | | |
| 19 Income recognition from long-term contracts | | | | |
| 20 Original issue discount and other imputed interest | | | | |
| 21a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 22 Other income (loss) items with differences (attach statement) | | | | |
| 23 Total income (loss) items. Combine lines 1 through 22 | -2,689,188. | | | -2,689,188. |
| 24 Total expense/deduction items. (From Part III, line 31) (see instructions) | -2,564,716. | -412,608. | | -2,977,324. |
| 25 Other items with no differences   STMT 10 | 4,466,792. | | | 4,466,792. |
| 26 Reconciliation totals. Combine lines 23 through 25 | -787,112. | -412,608. | | -1,199,720. |

**Note:** Line 26, column (a), must equal Part I, line 11, and column (d) must equal Form 1065, Analysis of Net Income (Loss), line 1.

Schedule M-3 (Form 1065) (Rev. 12-2021)

210992
04-01-22

Schedule M-3 (Form 1065) (Rev. 12-2021)                                                                Page **3**

| Name of partnership | IMMERSIVE ART SPACE, LP | Employer identification number |
|---|---|---|
| | C/O WALDMAN HIRSCH | 85-4007578 |

**Part III**  Reconciliation of Net Income (Loss) per Income Statement of Partnership With Income (Loss) per Return – Expense/Deduction Items

| | Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|---|
| 1 | State and local current income tax expense | | | | |
| 2 | State and local deferred income tax expense | | | | |
| 3 | Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 4 | Foreign deferred income tax expense | | | | |
| 5 | Equity-based compensation | | | | |
| 6 | Meals and entertainment  STMT 12 | 70,869. | | | 70,869. |
| 7 | Fines and penalties | | | | |
| 8 | Judgments, damages, awards, and similar costs | | | | |
| 9 | Guaranteed payments | | | | |
| 10 | Pension and profit-sharing | | | | |
| 11 | Other post-retirement benefits | | | | |
| 12 | Deferred compensation | | | | |
| 13 | Charitable contribution of cash and tangible property | | | | |
| 14 | Charitable contribution of intangible property | | | | |
| 15 | Organizational expenses as per Regulations section 1.709-2(a) | | | | |
| 16 | Syndication expenses as per Regulations section 1.709-2(b) | | | | |
| 17 | Current year acquisition/reorganization investment banking fees | | | | |
| 18 | Current year acquisition/reorganization legal and accounting fees | | | | |
| 19 | Amortization/impairment of goodwill | | | | |
| 20 | Amortization of acquisition, reorganization, and start-up costs | | | | |
| 21 | Other amortization or impairment write-offs | | | | |
| 22 | Reserved for future use | | | | |
| 23a | Depletion - oil & gas | | | | |
| b | Depletion - other than oil & gas | | | | |
| 24 | Intangible drilling and development costs (IDC) | | | | |
| 25 | Depreciation | | 243,119. | | 243,119. |
| 26 | Bad debt expense | | | | |
| 27 | Interest expense (see instructions) | | | | |
| 28 | Purchase versus lease (for purchasers and/or lessees) | | | | |
| 29 | Research and development costs | | | | |
| 30 | Other expense/deduction items with differences (attach statement)  STMT 13 | 2,493,847. | 169,489. | | 2,663,336. |
| 31 | **Total expense/deduction items.** Combine lines 1 through 30. Enter here and on Part II, line 24, reporting positive amounts as negative and negative amounts as positive | 2,564,716. | 412,608. | | 2,977,324. |

Schedule M-3 (Form 1065) (Rev. 12-2021)

210993
04-01-22

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) OTHER 1 | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | **Attach to your tax return.** Go to www.irs.gov/Form4562 for instructions and the latest information. | **2022** Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| IMMERSIVE ART SPACE, LP C/O WALDMAN HIRSCH | | 85-4007578 |

**Part I   Election To Expense Certain Property Under Section 179  Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II   Special Depreciation Allowance and Other Depreciation (Don't** include listed property.**)**

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | 243,119. |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III   MACRS Depreciation (Don't** include listed property. See instructions.**)**

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ☐ | | |

**Section B - Assets Placed in Service During 2022 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | / | | 30 yrs. | MM | S/L | |
| d 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV   Summary (See instructions.)**

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 243,119. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

216251 12-08-22   LHA   **For Paperwork Reduction Act Notice, see separate instructions.**   Form **4562** (2022)

Form 4562 (2022)    **IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS**    85-4007578    Page **2**

| **Part V** | Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
| --- | --- |

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24a  Do you have evidence to support the business/investment use claimed?  ☐ Yes  ☐ No  24b If "Yes," is the evidence written?  ☐ Yes  ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | **25** | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | **28** | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | **29** | |

### Section B - Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
| --- | --- | --- |
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| **Part VI** | Amortization |
| --- | --- |

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
| --- | --- | --- | --- | --- | --- |
| 42 Amortization of costs that begins during your 2022 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2022 tax year | | | | **43** | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | **44** | |

216252  12-08-22    Form **4562** (2022)

Form **8916-A**
(Rev. November 2019)
Department of the Treasury
Internal Revenue Service

# Supplemental Attachment to Schedule M-3

▶ **Attach to Schedule M-3 for Form 1065, 1120, 1120-L, 1120-PC, or 1120-S.**
▶ **Go to www.irs.gov/Form1120 for the latest information.**

OMB No. 1545-0123

| Name of common parent | Employer identification number |
|---|---|
| IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS | 85-4007578 |
| Name of subsidiary | Employer identification number |

| **Part I** | **Cost of Goods Sold** |
|---|---|

| Cost of Goods Sold Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 Amounts attributable to cost flow assumptions | | | | |
| 2 Amounts attributable to: | | | | |
| a Stock option expense | | | | |
| b Other equity-based compensation | | | | |
| c Meals and entertainment | | | | |
| d Parachute payments | | | | |
| e Compensation with section 162(m) limitation | | | | |
| f Pension and profit sharing | | | | |
| g Other post-retirement benefits | | | | |
| h Deferred compensation | | | | |
| i Reserved | | | | |
| j Amortization | | | | |
| k Depletion | | | | |
| l Depreciation | | | | |
| m Corporate-owned life insurance premiums | | | | |
| n Other section 263A costs | | | | |
| 3 Inventory shrinkage accruals | | | | |
| 4 Excess inventory and obsolescence reserves | | | | |
| 5 Lower of cost or market write-downs | | | | |
| 6 Other items with differences (attach statement) SEE STATEMENT 15 | | | | |
| 7 Other items with no differences | 2,689,188. | | | 2,689,188. |
| 8 **Total cost of goods sold.** Add lines 1 through 7 in columns a, b, c, and d. Enter totals on the applicable Schedule M-3. See instructions | 2,689,188. | | | 2,689,188. |

LHA    **For Paperwork Reduction Act Notice, see instructions.**

Form **8916-A** (Rev. 11-2019)

213315
04-01-22

Form 8916-A (Rev. 11-2019)    IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                    85-4007578    Page **2**

## Part II    Interest Income

| | Interest Income Item | (a)<br>Income (Loss) per<br>Income Statement | (b)<br>Temporary<br>Difference | (c)<br>Permanent<br>Difference | (d)<br>Income (Loss) per<br>Tax Return |
|---|---|---|---|---|---|
| 1 | Tax-exempt interest income | | | | |
| 2 | Interest income from hybrid securities | | | | |
| 3 | Sale/lease interest income | | | | |
| 4a | Intercompany interest income - From outside tax affiliated group | | | | |
| 4b | Intercompany interest income - From tax affiliated group | | | | |
| 5 | Other interest income | | | | |
| 6 | Total interest income. Add lines 1 through 5 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See instructions. | | | | |

## Part III    Interest Expense

| | Interest Expense Item | (a)<br>Expense per<br>Income Statement | (b)<br>Temporary<br>Difference | (c)<br>Permanent<br>Difference | (d)<br>Deduction per<br>Tax Return |
|---|---|---|---|---|---|
| 1 | Interest expense from hybrid securities | | | | |
| 2 | Lease/purchase interest expense | | | | |
| 3a | Intercompany interest expense - Paid to outside tax affiliated group | | | | |
| 3b | Intercompany interest expense - Paid to tax affiliated group | | | | |
| 4 | Other interest expense | | | | |
| 5 | Total interest expense. Add lines 1 through 4 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See instructions. | | | | |

Form **8916-A**  (Rev. 11-2019)

# Form **8990**
(Rev. December 2022)

Department of the Treasury
Internal Revenue Service

## Limitation on Business Interest Expense
## Under Section 163(j)

**Attach to your tax return.**

**Go to www.irs.gov/Form8990 for instructions and the latest information.**

OMB No. 1545-0123

| Taxpayer name(s) shown on tax return | Identification number |
|---|---|
| IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS | 85-4007578 |

**A** If Form 8990 relates to an information return for a foreign entity (for example, Form 5471), enter:

Name of foreign entity _____

Employer identification number, if any _____

Reference ID number _____

**B** Is the foreign entity a CFC group member? See instructions ............................................ ☐ **Yes** ☐ **No**

**C** Is this Form 8990 filed by the specified group parent for an entire CFC group? See instructions ............ ☐ **Yes** ☐ **No**

**D** Has a CFC or a CFC group made a safe harbor election? If yes, see instructions for which lines of Form 8990
to complete ............................................................................................... ☐ **Yes** ☐ **No**

| Part I | Computation of Allowable Business Interest Expense |
|---|---|

*Part I is completed by all taxpayers subject to section 163(j). Schedule A and Schedule B need to be completed before Part I when the taxpayer is a partner or shareholder of a pass-through entity subject to section 163(j).*

## Section I - Business Interest Expense

| | | | |
|---|---|---|---|
| 1 | Current year business interest expense (not including floor plan financing interest expense), before the section 163(j) limitation ............ | **1** | |
| 2 | Disallowed business interest expense carryforwards from prior years. (Does not apply to a partnership) ............ | **2** | |
| 3 | Partner's excess business interest expense treated as paid or accrued in current year (Schedule A, line 44, column (h)) ............ | **3** | |
| 4 | Floor plan financing interest expense. See instructions ............ | **4** | |
| 5 | **Total business interest expense.** Add lines 1 through 4 | | **5** |

## Section II - Adjusted Taxable Income

### Tentative Taxable Income

| | | | |
|---|---|---|---|
| 6 | **Tentative taxable income.** See instructions | **6** | -1,199,720. |

### Additions (adjustments to be made if amounts are taken into account on line 6)

| | | | |
|---|---|---|---|
| 7 | Any item of loss or deduction that is not properly allocable to a trade or business of the taxpayer. See instructions | **7** | |
| 8 | Any business interest expense not from a pass-through entity. See instr. | **8** | |
| 9 | Amount of any net operating loss deduction under section 172 | **9** | |
| 10 | Amount of any qualified business income deduction allowed under section 199A | **10** | |
| 11 | Reserved for future use | **11** | |
| 12 | Amount of any loss or deduction items from a pass-through entity. See instructions | **12** | |
| 13 | Other additions. See instructions | **13** | |
| 14 | Total current year partner's excess taxable income (Schedule A, line 44, column (f)) | **14** | |
| 15 | Total current year S corporation shareholder's excess taxable income (Schedule B, line 46, column (c)) | **15** | |
| 16 | **Total.** Add lines 7 through 15 | | **16** |

### Reductions (adjustments to be made if amounts are taken into account on line 6)

| | | | |
|---|---|---|---|
| 17 | Any item of income or gain that is not properly allocable to a trade or business of the taxpayer. See instructions | **17** | ( ) |
| 18 | Any business interest income not from a pass-through entity. See instructions | **18** | ( ) |
| 19 | Amount of any income or gain items from a pass-through entity. See instructions | **19** | ( ) |
| 20 | Other reductions. See instructions | **20** | ( ) |
| 21 | **Total.** Combine lines 17 through 20 | | **21** ( ) |
| 22 | **Adjusted taxable income.** Combine lines 6, 16, and 21. See instructions | | **22** |

LHA **For Paperwork Reduction Act Notice, see the instructions.** 223211 01-25-23 Form **8990** (Rev. 12-2022)

Form 8990 (Rev. 12-2022)                                                                                                      Page **2**

## Section III - Business Interest Income

| | | | | |
|---|---|---|---|---|
| 23 | Current year business interest income. See instructions ........................... | 23 | | |
| 24 | Excess business interest income from pass-through entities (total of Schedule A, line 44, column (g), and Schedule B, line 46, column (d)) .......... | 24 | | |
| 25 | **Total.** Add lines 23 and 24 ................................................................. | | 25 | |

## Section IV - Section 163(j) Limitation Calculations

### Limitation on Business Interest Expense

| | | | | |
|---|---|---|---|---|
| 26 | Multiply the adjusted taxable income from line 22 by the applicable percentage. See instructions ................................. | 26 | | |
| 27 | Business interest income (line 25) ....................................... | 27 | | |
| 28 | Floor plan financing interest expense (line 4) ............................... | 28 | | |
| 29 | **Total.** Add lines 26, 27, and 28 ...................................... | | 29 | |

### Allowable Business Interest Expense

| | | | |
|---|---|---|---|
| 30 | **Total current year business interest expense deduction.** See instructions ............................ | 30 | |

### Carryforward

| | | | |
|---|---|---|---|
| 31 | **Disallowed business interest expense.** Subtract line 29 from line 5. (If zero or less, enter -0-.) .................... | 31 | |

### Part II    Partnership Pass-Through Items

*Part II is only completed by a partnership that is subject to section 163(j). The partnership items below are allocated to the partners and are not carried forward by the partnership. See the instructions for more information.*

### Excess Business Interest Expense

| | | | |
|---|---|---|---|
| 32 | **Excess business interest expense.** Enter amount from line 31 ............................... | 32 | |

### Excess Taxable Income  (If you entered an amount on line 32, skip lines 33 through 37.)

| | | | |
|---|---|---|---|
| 33 | Subtract the sum of lines 4 and 25 from line 5. (If zero or less, enter -0-.) ................ | 33 | |
| 34 | Subtract line 33 from line 26. (If zero or less, enter -0-.) ...................... | 34 | |
| 35 | Divide line 34 by line 26. Enter the result as a decimal. (If line 26 is zero, enter -0-.) ............ | 35 | |
| 36 | **Excess taxable income.** Multiply line 35 by line 22 | 36 | |

### Excess Business Interest Income

| | | | |
|---|---|---|---|
| 37 | **Excess business interest income.** Subtract the sum of lines 1, 2, and 3 from line 25. (If zero or less, enter -0-.) | 37 | |

### Part III   S Corporation Pass-Through Items

*Part III is only completed by S corporations that are subject to section 163(j). The S corporation items below are allocated to the shareholders. See the instructions for more information.*

### Excess Taxable Income

| | | | |
|---|---|---|---|
| 38 | Subtract the sum of lines 4 and 25 from line 5. (If zero or less, enter -0-.) ................ | 38 | |
| 39 | Subtract line 38 from line 26. (If zero or less, enter -0-.) ...................... | 39 | |
| 40 | Divide line 39 by line 26. Enter the result as a decimal. (If line 26 is zero, enter -0-.) ............ | 40 | |
| 41 | **Excess taxable income.** Multiply line 40 by line 22 | 41 | |

### Excess Business Interest Income

| | | | |
|---|---|---|---|
| 42 | **Excess business interest income.** Subtract the sum of lines 1, 2, and 3 from line 25. (If zero or less, enter -0-.) | 42 | |

Form **8990** (Rev. 12-2022)

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                           85-4007578

| | FOOTNOTES | STATEMENT 1 |
|---|---|---|

ELECTION STATEMENT ACCORDING TO SEC. 1.181-2(C)(2)(I)

THE NAME OF THE PRODUCTION: IMMERSIVE ART SPACE LP

THE DATE AGGREGATE PRODUCTION COSTS WERE FIRST PAID OR
INCURRED FOR THE PRODUCTION: 03/31/2022

THE AMOUNT OF AGGREGATE PRODUCTION COSTS PAID OR INCURRED
FOR THE PRODUCTION DURING THE TAXABLE YEAR:                      664,317.

THE AMOUNT OF QUALIFIED COMPENSATION (AS DEFINED IN SEC.
1.181-3(D)) PAID OR INCURRED FOR THE PRODUCTION DURING THE
TAXABLE YEAR:                                                       650.

THE AMOUNT OF COMPENSATION (AS DEFINED IN SEC. 1.181-3(C))
PAID OR INCURRED FOR THE PRODUCTION DURING THE TAXABLE YEAR:      7,625.


THE OWNER REASONABLY EXPECTS (BASED ON ALL OF THE FACTS AND
CIRCUMSTANCES AT THE TIME THE ELECTION IS MADE) BOTH THAT
THE PRODUCTION WILL BE SET FOR PRODUCTION (OR HAS BEEN SET
FOR PRODUCTION) AND WILL BE A QUALIFIED FILM OR TELEVISION
PRODUCTION.

| FORM 1065 | OTHER INCOME | STATEMENT 2 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| EXCHANGE GAIN | | 66,419. |
| PARKING REVENUE | | 141,686. |
| SPONSORSHIP INCOME | | 4,000. |
| VENDOR RELATED REFERRAL INCOME | | 1,898. |
| TOTAL TO FORM 1065, LINE 7 | | 214,003. |

| FORM 1065 | TAX EXPENSE | STATEMENT 3 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| PAYROLL TAXES | | 120,008. |
| TOTAL TO FORM 1065, LINE 14 | | 120,008. |

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                      85-4007578

---

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ADMINISTRATIVE EXPENSE | 131,086. |
| ADVERTISING | 3,290,545. |
| LATE FILING INTEREST EXPENSE | 214. |
| LICENSE AND PERMITS | 33,974. |
| MEALS NOT SUBJECT TO LIMITATION | 70,869. |
| MISCELLANEOUS EXPENSE | 317. |
| OCCUPANCY COSTS | 238,533. |
| OPERATING EXPENSES | 278,520. |
| PAYROLL EXPENSES | 74,576. |
| PRINTING | 3,792. |
| PRIOR YEAR TRUE-UP ADJUSTMENT | 507,837. |
| PRODUCTION EXPENSES | 2,155,499. |
| PROFESSIONAL FEE | 267,418. |
| PURCHASES | 508. |
| SPECIAL EVENTS EXPENSE | 6,600. |
| TRAVEL | 91,714. |
| TOTAL TO FORM 1065, LINE 20 | 7,152,002. |

---

| SCHEDULE K | OTHER ITEMS | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS RECEIPTS FOR SECTION 448(C) | 11,179,286. |
| SECTION 199A - ORDINARY INCOME (LOSS) | -1,199,720. |
| SECTION 199A W-2 WAGES | 1,524,203. |
| SECTION 199A UNADJUSTED BASIS OF ASSETS | 780,553. |

---

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 6 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE FROM INTERCOMPANY | 7,826,495. | 10,219,569. |
| EMPLOYEE ADVANCES | | 1,331. |
| TOTAL TO SCHEDULE L, LINE 6 | 7,826,495. | 10,220,900. |

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                    85-4007578

| SCHEDULE L | OTHER ASSETS | STATEMENT 7 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DESIGN | 346,295. | |
| TOTAL TO SCHEDULE L, LINE 13 | 346,295. | |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 8 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE TO INTERCOMPANY | 5,014,741. | 5,464,254. |
| MEDICAL AND DENTAL LIABILITY | 10,657. | 41,750. |
| SALES TAX PAYABLE | 19,665. | 9,501. |
| TIPS PAYABLE | 17,358. | 94,392. |
| UNEARNED REVENUE - TICKET SALES | 1,288,392. | 202,100. |
| TOTAL TO SCHEDULE L, LINE 17 | 6,350,813. | 5,811,997. |

| FORM 1125-A | OTHER COSTS | STATEMENT 9 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| CAFE COST | 215,512. |
| DALEWELL COST | |
| FOOD COST | 2,893. |
| INTERCOMPANY COGS | |
| INTERCOMPANY MANAGEMENT FEES COGS | 1,001,000. |
| INTERCOMPANY MERCH COGS | 478,895. |
| INTERCOMPANY ROYALTIES COGS | 360,397. |
| MERCHANDISE COST | 77,006. |
| OTHER COST | 3,434. |
| PACKAGE COSTS | |
| TICKETS COST | 550,051. |
| TOTAL TO LINE 5 | 2,689,188. |

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                          85-4007578

====================================================================

SCHEDULE M-3        OTHER INCOME (LOSS) AND EXPENSE / DEDUCTION     STATEMENT 10
                           ITEMS WITH NO DIFFERENCES

--------------------------------------------------------------------

| DESCRIPTION | PER INCOME STATEMENT | PER TAX RETURN |
|---|---|---|
| OTHER INCOME (LOSS) - SEE STATEMENT | 11,393,289. | 11,393,289. |
| OTHER EXPENSE / DEDUCTION - SEE STATEMENT | -6,926,497. | -6,926,497. |
| TOTAL TO SCHEDULE M-3, PART II, LINE 25 | 4,466,792. | 4,466,792. |

====================================================================

SCHEDULE M-3        OTHER INCOME (LOSS) ITEMS WITH NO DIFFERENCES   STATEMENT 11

--------------------------------------------------------------------

| DESCRIPTION | INCOME (LOSS) PER INCOME STATEMENT | INCOME (LOSS) PER TAX RETURN |
|---|---|---|
| EXCHANGE GAIN | 66,419. | 66,419. |
| PARKING REVENUE | 141,686. | 141,686. |
| SALES | 11,179,286. | 11,179,286. |
| SPONSORSHIP INCOME | 4,000. | 4,000. |
| VENDOR RELATED REFERRAL INCOME | 1,898. | 1,898. |
| TOTAL TO SCHEDULE M-3, PART II, LINE 25 | 11,393,289. | 11,393,289. |

====================================================================

SCHEDULE M-3              MEALS AND ENTERTAINMENT              STATEMENT 12

--------------------------------------------------------------------

| DESCRIPTION | EXPENSE PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | DEDUCTION PER TAX RETURN |
|---|---|---|---|---|
| MEALS AND ENTERTAINMENT FROM TRADE OR BUSINESS | 70,869. | | 0. | 70,869. |
| TOTAL | 70,869. | | 0. | 70,869. |

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                    85-4007578

====================================================================

SCHEDULE M-3       OTHER EXPENSE/DEDUCTION ITEMS WITH DIFFERENCES   STATEMENT 13
--------------------------------------------------------------------

| DESCRIPTION | EXPENSE/ DEDUCTION PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | EXPENSE/ DEDUCTION PER TAX RETURN |
|---|---|---|---|---|
| PRIOR YEAR TRUE-UP ADJUSTMENT | 0. | 507,837. | 0. | 507,837. |
| PRODUCTION EXPENSES | 2,493,847. | -338,348. | 0. | 2,155,499. |
| TOTAL TO M-3, PART III, LINE 30 | 2,493,847. | 169,489. | 0. | 2,663,336. |


====================================================================

SCHEDULE M-3                OTHER EXPENSE/DEDUCTION ITEMS          STATEMENT 14
                                WITH NO DIFFERENCES
--------------------------------------------------------------------

| DESCRIPTION | EXPENSE/ DEDUCTION PER INCOME STATEMENT | EXPENSE/ DEDUCTION PER TAX RETURN |
|---|---|---|
| ADMINISTRATIVE EXPENSE | 131,086. | 131,086. |
| ADVERTISING | 3,290,545. | 3,290,545. |
| EMPLOYEE BENEFIT PROGRAMS | 69,063. | 69,063. |
| LATE FILING INTEREST EXPENSE | 214. | 214. |
| LICENSE AND PERMITS | 33,974. | 33,974. |
| MISCELLANEOUS EXPENSE | 317. | 317. |
| OCCUPANCY COSTS | 238,533. | 238,533. |
| OPERATING EXPENSES | 278,520. | 278,520. |
| PAYROLL EXPENSES | 74,576. | 74,576. |
| PAYROLL TAXES | 120,008. | 120,008. |
| PRINTING | 3,792. | 3,792. |
| PROFESSIONAL FEE | 267,418. | 267,418. |
| PURCHASES | 508. | 508. |
| RENT EXPENSE | 744,000. | 744,000. |
| REPAIRS | 51,426. | 51,426. |
| SALARIES AND WAGES | 1,524,203. | 1,524,203. |
| SPECIAL EVENTS EXPENSE | 6,600. | 6,600. |
| TRAVEL | 91,714. | 91,714. |
| TOTAL TO SCHEDULE M-3, PART II, LINE 25 | 6,926,497. | 6,926,497. |

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                        85-4007578

===============================================================================

FORM 8916-A               OTHER ITEMS WITH NO DIFFERENCES        STATEMENT 15

| DESCRIPTION | PER INCOME STATEMENT | PER TAX RETURN |
|---|---:|---:|
| CAFE COST | 215,512. | 215,512. |
| DALEWELL COST | 0. | 0. |
| FOOD COST | 2,893. | 2,893. |
| INTERCOMPANY COGS | 0. | 0. |
| INTERCOMPANY MANAGEMENT FEES COGS | 1,001,000. | 1,001,000. |
| INTERCOMPANY MERCH COGS | 478,895. | 478,895. |
| INTERCOMPANY ROYALTIES COGS | 360,397. | 360,397. |
| MERCHANDISE COST | 77,006. | 77,006. |
| OTHER COST | 3,434. | 3,434. |
| PACKAGE COSTS | 0. | 0. |
| TICKETS COST | 550,051. | 550,051. |
| TOTAL TO LINE 7 | 2,689,188. | 2,689,188. |

651121

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2022**
For calendar year 2022, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

See separate instructions.

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | | **14** Self-employment earnings (loss) | |
| | −838,604. | | |
| **2** Net rental real estate income (loss) | | **15** Credits | |
| **3** Other net rental income (loss) | | | |
| **4a** Guaranteed payments for services | | **16** Schedule K-3 is attached if checked ☐ | |
| **4b** Guaranteed payments for capital | | **17** Alternative min tax (AMT) items | |
| **4c** Total guaranteed payments | | | |
| **5** Interest income | | **18** Tax-exempt income and nondeductible expenses | |
| **6a** Ordinary dividends | | | |
| **6b** Qualified dividends | | **19** Distributions | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | **20** Other information | |
| | | Z   *      STMT | |
| **8** Net short-term capital gain (loss) | | AG   *   7,814,321. | |
| **9a** Net long-term capital gain (loss) | | | |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | | |
| **10** Net section 1231 gain (loss) | | | |
| **11** Other income (loss) | | | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | | |

### Part I   Information About the Partnership

**A** Partnership's employer identification number
85-4007578

**B** Partnership's name, address, city, state, and ZIP code
IMMERSIVE ART SPACE, LP
C/O WALDMAN HIRSCH
3 SECOND STREET, SUITE 204
JERSEY CITY, NJ 07311

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
████ 2401

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

LIGHTHOUSE IMMERSIVE USA INC
████████████

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?   CORPORATION

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 69.9000000 % | 69.9000000 % |
| Loss | 69.9000000 % | 69.9000000 % |
| Capital | 69.9000000 % | 69.9000000 % |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 4,904,452. | $ 4,460,327. |

Check this box if Item K includes liability amounts from lower-tier partnerships ☐

**L**   Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ 6,879,749. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ −838,604. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $ ( ) |
| Ending capital account | $ 6,041,145. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N**   Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning   $ _____
Ending   $ _____

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

211261 11-28-22   LHA   **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2022**

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                      85-4007578

SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
|    ORDINARY INCOME (LOSS) | -838,604. |
|    W-2 WAGES | 1,065,418. |
|    UNADJUSTED BASIS OF ASSETS | 545,607. |

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS
INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE
Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS
THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE
STATEMENT.

SCHEDULE K-1 GROSS RECEIPTS FOR SECTION 448(C), BOX 20, CODE AG

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| GROSS RECEIPTS - CURRENT YEAR | SEE IRS SCH. K-1 INSTRUCTIONS | 7,814,321. |
| TOTAL TO SCHEDULE K-1, LINE 20 AG | | 7,814,321. |

PARTNER NUMBER 1

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                         85-4007578

====================================================================

SCHEDULE K-1              CURRENT YEAR NET INCOME (LOSS) AND
                             OTHER INCREASES(DECREASES)

--------------------------------------------------------------------

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | -838,604. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -838,604. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -838,604. |

====================================================================

SCHEDULE K-1              SCHEDULE K-3 NOTIFICATION

--------------------------------------------------------------------

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT RECEIVE A COPY OF
THE SCHEDULE UNLESS YOU REQUEST ONE.

PARTNER NUMBER 1

651121

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2022**
For calendar year 2022, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

See separate instructions.

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | |
|---|---|
| **1** Ordinary business income (loss) −358,717. | **14** Self-employment earnings (loss) |
| **2** Net rental real estate income (loss) | **15** Credits |
| **3** Other net rental income (loss) | |
| **4a** Guaranteed payments for services | **16** Schedule K-3 is attached if checked ☐ |
| **4b** Guaranteed payments for capital | **17** Alternative min tax (AMT) items |
| **4c** Total guaranteed payments | |
| **5** Interest income | **18** Tax-exempt income and nondeductible expenses |
| **6a** Ordinary dividends | |
| **6b** Qualified dividends | **19** Distributions |
| **6c** Dividend equivalents | |
| **7** Royalties | **20** Other information  Z  *  STMT |
| **8** Net short-term capital gain (loss) | AG  *  3,342,606. |
| **9a** Net long-term capital gain (loss) | |
| **9b** Collectibles (28%) gain (loss) | |
| **9c** Unrecaptured section 1250 gain | |
| **10** Net section 1231 gain (loss) | |
| **11** Other income (loss) | |
| **12** Section 179 deduction | **21** Foreign taxes paid or accrued |
| **13** Other deductions | |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
85-4007578

**B** Partnership's name, address, city, state, and ZIP code
IMMERSIVE ART SPACE, LP
C/O WALDMAN HIRSCH
3 SECOND STREET, SUITE 204
JERSEY CITY, NJ  07311

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
██████6111

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

MAESTRO IMMERSIVE ARTS INC.
████████████████

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  CORPORATION

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 29.9000000% | 29.9000000% |
| Loss | 29.9000000% | 29.9000000% |
| Capital | 29.9000000% | 29.9000000% |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 2,097,899. | $ 1,907,923. |

Check this box if Item K includes liability amounts from lower-tier partnerships ☐

**L   Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account | $ 2,942,839. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ −358,717. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $( ) |
| Ending capital account | $ 2,584,122. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No  If "Yes," attach statement. See instructions.

**N   Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning _____ $
Ending _____ $

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

211261 11-28-22   LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2022**

2

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                85-4007578

SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
|   ORDINARY INCOME (LOSS) | -358,717. |
|   W-2 WAGES | 455,738. |
|   UNADJUSTED BASIS OF ASSETS | 233,385. |

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

SCHEDULE K-1 GROSS RECEIPTS FOR SECTION 448(C), BOX 20, CODE AG

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| GROSS RECEIPTS - CURRENT YEAR | SEE IRS SCH. K-1 INSTRUCTIONS | 3,342,606. |
| TOTAL TO SCHEDULE K-1, LINE 20 AG | | 3,342,606. |

PARTNER NUMBER 2

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                    85-4007578

===

| SCHEDULE K-1 | CURRENT YEAR NET INCOME (LOSS) AND |
| | OTHER INCREASES(DECREASES) |

---

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | -358,717. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -358,717. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -358,717. |

===

| SCHEDULE K-1 | SCHEDULE K-3 NOTIFICATION |

---

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT RECEIVE A COPY OF
THE SCHEDULE UNLESS YOU REQUEST ONE.

PARTNER NUMBER 2

651121

| Schedule K-1 (Form 1065) | **2022** | |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2022, or tax year | |

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

beginning [_____] ending [_____]

**Partner's Share of Income, Deductions, Credits, etc.**

See separate instructions.

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| | Part I    Information About the Partnership |
|---|---|
| A | Partnership's employer identification number |
| | 85-4007578 |
| B | Partnership's name, address, city, state, and ZIP code |
| | IMMERSIVE ART SPACE, LP |
| | C/O WALDMAN HIRSCH |
| | 3 SECOND STREET, SUITE 204 |
| | JERSEY CITY, NJ  07311 |
| C | IRS center where partnership filed return: |
| | E-FILE |
| D | ☐ Check if this is a publicly traded partnership (PTP) |

| | Part II    Information About the Partner |
|---|---|
| E | Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.) |
| | ████8079 |
| F | Name, address, city, state, and ZIP code for partner entered in E. See instructions. |
| | IMMERSIVE ARTS SPACE LLC |
| | ████████████ |

G ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

H1 ☒ Domestic partner    ☐ Foreign partner
H2 ☐ If the partner is a disregarded entity (DE), enter the partner's:
   TIN [_____]   Name [_____]
I1 What type of entity is this partner?  PARTNERSHIP
I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐
J Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 0.2000000% | 0.2000000% |
| Loss | 0.2000000% | 0.2000000% |
| Capital | 0.2000000% | 0.2000000% |

Check if decrease is due to sale or exchange of partnership interest ☐

K Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 14,033. | $ 12,762. |

☐ Check this box if Item K includes liability amounts from lower-tier partnerships

| | **L** | **Partner's Capital Account Analysis** |
|---|---|---|
| Beginning capital account | $ | 19,684. |
| Capital contributed during the year | $ | |
| Current year net income (loss) | $ | -2,399. |
| Other increase (decrease) (attach explanation) | $ ( | ) |
| Withdrawals and distributions | $ ( | ) |
| Ending capital account | $ | 17,285. |

M Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No  If "Yes," attach statement. See instructions.

N  **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning .......... $ [_____]
Ending .......... $ [_____]

| 1 | Ordinary business income (loss) | -2,399. | 14 | Self-employment earnings (loss) | |
|---|---|---|---|---|---|
| | | | A | -2,399. | |
| 2 | Net rental real estate income (loss) | | C | 17,408. | |
| 3 | Other net rental income (loss) | | 15 | Credits | |
| 4a | Guaranteed payments for services | | 16 | Schedule K-3 is attached if checked ........ ☐ | |
| 4b | Guaranteed payments for capital | | 17 | Alternative min tax (AMT) items | |
| 4c | Total guaranteed payments | | | | |
| 5 | Interest income | | 18 | Tax-exempt income and nondeductible expenses | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | 19 | Distributions | |
| 6c | Dividend equivalents | | | | |
| 7 | Royalties | | 20 | Other information | |
| | | | Z | *   STMT | |
| 8 | Net short-term capital gain (loss) | | AG | *   22,359. | |
| 9a | Net long-term capital gain (loss) | | | | |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | | | |
| 10 | Net section 1231 gain (loss) | | | | |
| 11 | Other income (loss) | | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued | |
| 13 | Other deductions | | | | |
| | | | 22 | ☐ More than one activity for at-risk purposes* | |
| | | | 23 | ☐ More than one activity for passive activity purposes* | |
| | | | *See attached statement for additional information. | | |

For IRS Use Only

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                     85-4007578

SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
|    ORDINARY INCOME (LOSS) | -2,399. |
|    SELF-EMPLOYMENT EARNINGS(LOSS) | -2,399. |
|    W-2 WAGES | 3,048. |
|    UNADJUSTED BASIS OF ASSETS | 1,561. |

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS
INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE
Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS
THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE
STATEMENT.

SCHEDULE K-1 GROSS RECEIPTS FOR SECTION 448(C), BOX 20, CODE AG

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| GROSS RECEIPTS - CURRENT YEAR | SEE IRS SCH. K-1 INSTRUCTIONS | 22,359. |
| TOTAL TO SCHEDULE K-1, LINE 20 AG | | 22,359. |

PARTNER NUMBER 3

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                    85-4007578

---

| SCHEDULE K-1 | CURRENT YEAR NET INCOME (LOSS) AND<br>OTHER INCREASES(DECREASES) | |
|---|---|---|

---

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | -2,399. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -2,399. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -2,399. |

---

| SCHEDULE K-1 | SCHEDULE K-3 NOTIFICATION |
|---|---|

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT RECEIVE A COPY OF
THE SCHEDULE UNLESS YOU REQUEST ONE.

PARTNER NUMBER 3

# 2023 TAX RETURN FILING INSTRUCTIONS
U.S. RETURN OF PARTNERSHIP INCOME

**FOR THE YEAR ENDING**
December 31, 2023

---

**Prepared For:**

IMMERSIVE ART SPACE, LP
c/o Waldman Hirsch
3 Second Street, Suite 204
Jersey City, NJ  07311

---

**Prepared By:**

WALDMAN HIRSCH AND CO LLP
Harborside 10, 3 2nd St, Suite 204
Jersey City, NJ 07311

---

**To Be Signed and Dated By:**

A general partner

---

**Amount of Tax:**

Not applicable

---

**Mail Tax Return To:**

This return has qualified for electronic filing.  After reviewing your return for completeness and accuracy, please sign Form 8879-PE and contact our office to confirm that your return can be filed electronically.

---

**Forms to be Distributed to Partners:**

Enclosed are copies of Schedule K-1 to be distributed to the partners.

---

**Return Must be Mailed On or Before:**

Return federal Form 8879-PE to us by September 16, 2024.

---

**Special Instructions:**

Do not mail the paper copy of the return to the IRS.

***** THIS IS NOT A FILEABLE COPY *****

| Form **8879-PE** | **E-file Authorization for Form 1065** | OMB No. 1545-0123 |
|---|---|---|
| | (For return of partnership income or administrative adjustment request) | |
| | **ERO must obtain and retain completed Form 8879-PE.** | **2023** |
| Department of the Treasury Internal Revenue Service | **Go to www.irs.gov/Form8879PE for the latest information.** | |

For calendar year 2023, or tax year beginning                , 2023, ending                ,20          .

| Name of partnership IMMERSIVE ART SPACE, LP C/O WALDMAN HIRSCH | **Employer identification number** 85-4007578 |
|---|---|

| **Part I** | **Form 1065 Information** (Whole dollars only) | | |
|---|---|---|---|
| **1** | Gross receipts or sales less returns and allowances (Form 1065, line 1c) | **1** | 3,495,395. |
| **2** | Gross profit (Form 1065, line 3) | **2** | 2,201,932. |
| **3** | Ordinary business income (loss) (Form 1065, line 23) | **3** | -1,762,073. |
| **4** | Net rental real estate income (loss) (Form 1065, Schedule K, line 2) | **4** | |
| **5** | Other net rental income (loss) (Form 1065, Schedule K, line 3c) | **5** | |

| **Part II** | **Declaration and Signature Authorization of Partner or Member or Partnership Representative** |
|---|---|

I declare under penalties of perjury that:

**1a.** If the Form 1065 is being transmitted as part of a return of partnership income, I am a partner or member of the named partnership.

**b.** If the Form 1065 is being transmitted as part of an administrative adjustment request (AAR), I am the partnership representative (PR) of the named partnership.

**2** I have examined a copy of the partnership's electronic Form 1065 (whether used as return or AAR) and accompanying forms, schedules, and statements, and to the best of my knowledge and belief, it/they is/are true, correct, and complete.

**3** I am fully authorized to sign the return or AAR on behalf of the partnership.

**4** The amounts shown in Part I above are the amounts shown on the electronic copy of the partnership's Form 1065.

**5** I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to transmit the partnership's return or AAR to the IRS and to receive from the IRS (a) an acknowledgment of receipt or reason for rejection of the transmission and (b) the reason for any delay in processing the return or AAR.

**6** I have selected a personal identification number (PIN) as my signature for the partnership's electronic return of partnership income or AAR.

**Partner's or Member or PR PIN: check one box only**

[X] I authorize WALDMAN HIRSCH AND CO LLP to enter my PIN [ ▮ ]
ERO firm name                                             Don't enter all zeros
as my signature on the partnership's 2023 electronically filed return of partnership income or AAR.

[ ] As a Partner or Member or PR of the partnership, I will enter my PIN as my signature on the partnership's 2023 electronically filed return of partnership income or AAR..

Partner or Member or PR signature: _____ **** THIS IS NOT A FILEABLE COPY ****
Title: PARTNER                                                      Date: _____

| **Part III** | **Certification and Authentication** |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. [ ▮ ]
Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2023 electronically filed return of partnership income or AAR for the partnership indicated above. I confirm that I am submitting this return or AAR in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature: WALDMAN HIRSCH AND CO LLP          Date: 08/21/24

**ERO Must Retain This Form - See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

**For Paperwork Reduction Act Notice, see instructions.** Form **8879-PE** (2023)

LHA    321031 01-05-24

EXTENSION GRANTED TO 09/16/24

Form **1065**

## U.S. Return of Partnership Income

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

For calendar year 2023, or tax year beginning _____, ending _____
Go to www.irs.gov/Form1065 for instructions and the latest information.

**2023**

**A** Principal business activity

CULTURAL EVENTS

**B** Principal product or service

THEATER

**C** Business code number

713900

Type or Print

Name of partnership

IMMERSIVE ART SPACE, LP
C/O WALDMAN HIRSCH

Number, street, and room or suite no. If a P.O. box, see instructions.

3 SECOND STREET, SUITE 204

City or town, state or province, country, and ZIP or foreign postal code

JERSEY CITY                    NJ 07311

**D** Employer identification number

85-4007578

**E** Date business started

11/17/2020

**F** Total assets (see instr.)

$ 7,090,910.

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify)

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year    3

**J** Check if Schedules C and M-3 are attached

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 23 below. See instructions for more information.

| | | | |
|---|---|---|---|
| Income | **1a** Gross receipts or sales | 3,495,395. | |
| | **b** Less returns and allowances _____ **c** Balance | **1c** | 3,495,395. |
| | **2** Cost of goods sold (attach Form 1125-A) | **2** | 1,293,463. |
| | **3** Gross profit. Subtract line 2 from line 1c | **3** | 2,201,932. |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | **4** | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040)) | **5** | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | **6** | |
| | **7** Other income (loss) (attach statement)   SEE STATEMENT 2 | **7** | 45,289. |
| | **8** Total income (loss). Combine lines 3 through 7 | **8** | 2,247,221. |

| | | | |
|---|---|---|---|
| Deductions (see instructions for limitations) | **9** Salaries and wages (other than to partners) (less employment credits) | **9** | 858,120. |
| | **10** Guaranteed payments to partners | **10** | |
| | **11** Repairs and maintenance | **11** | 55,009. |
| | **12** Bad debts | **12** | |
| | **13** Rent | **13** | 921,819. |
| | **14** Taxes and licenses   SEE STATEMENT 3 | **14** | 208,870. |
| | **15** Interest (see instructions) | **15** | 1,218. |
| | **16a** Depreciation (if required, attach Form 4562) **16a** | | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return **16b** | **16c** | |
| | **17** Depletion (**Do not deduct oil and gas depletion.**) | **17** | |
| | **18** Retirement plans, etc. | **18** | |
| | **19** Employee benefit programs | **19** | 59,761. |
| | **20** Energy efficient commercial buildings deduction (attach Form 7205) | **20** | |
| | **21** Other deductions (attach statement)   SEE STATEMENT 4 | **21** | 1,904,497. |
| | **22** Total deductions. Add the amounts shown in the far right column for lines 9 through 21 | **22** | 4,009,294. |
| | **23** Ordinary business income (loss). Subtract line 22 from line 8 | **23** | -1,762,073. |

| | | | |
|---|---|---|---|
| Tax and Payment | **24** Interest due under the look-back method-completed long-term contracts (attach Form 8697) | **24** | |
| | **25** Interest due under the look-back method-income forecast method (attach Form 8866) | **25** | |
| | **26** BBA AAR imputed underpayment (see instructions) | **26** | |
| | **27** Other taxes (see instructions) | **27** | |
| | **28** Total balance due. Add lines 24 through 27 | **28** | |
| | **29** Elective payment election amount from Form 3800 | **29** | |
| | **30** Payment (see instructions) | **30** | |
| | **31** Amount owed. If the sum of line 29 and line 30 is smaller than line 28, enter amount owed | **31** | |
| | **32** Overpayment. If the sum of line 29 and line 30 is larger than line 28, enter overpayment | **32** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member _____ Date _____

May the IRS discuss this return with the preparer shown below? See instr.   ☒ Yes   ☐ No

| | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | | | 08/21/24 | | |

Firm's name   WALDMAN HIRSCH AND CO LLP

Firm's address   HARBORSIDE 10, 3 2ND ST, SUITE 204
JERSEY CITY, NJ 07311

Firm's EIN   ████5694

Phone no.   (212) 643-4422

For Paperwork Reduction Act Notice, see separate instructions.    LHA    311001 12-18-23    Form **1065** (2023)

Form 1065 (2023)    IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS    85-4007578    Page **2**

## Schedule B    Other Information

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return?  Check the applicable box: | | |
| **a** | ☐ Domestic general partnership        **b** ☒ Domestic limited partnership | | |
| **c** | ☐ Domestic limited liability company   **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership                  **f** ☐ Other | | |
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2023, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10 a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? If "Yes," enter the effective date of the election. See instructions for details regarding a section 754 election | | X |
| **b** | For this tax year, did the partnership make an optional basis adjustment under section 743(b)? If "Yes," enter the total aggregate net positive amount  $ _____ and the total aggregate net negative amount $ (_____) of such section 743(b) adjustments for all partners made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | X |

311011 12-18-23                                                                          Form **1065** (2023)

Form 1065 (2023)   IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS            85-4007578    Page **3**

| | Schedule B   Other Information *(continued)* | Yes | No |
|---|---|---|---|
| **c** | For this tax year, did the partnership make an optional basis adjustment under section 734(b)? If "Yes," enter the total aggregate net positive amount  $ _____ and the total aggregate net negative amount  $ (_____) of such section 734(b) adjustments for all partnership property made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | X |
| **d** | For this tax year, is the partnership required to adjust the basis of partnership property under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," enter the total aggregate amount of such section 743(b) adjustments and/or section 734(b) adjustments for all partners and/or partnership property made in the tax year  $ _____. The partnership must also attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| **11** | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ................................................................ ☐ | | |
| **12** | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| **13** | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions | | |
| **14** | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership | | X |
| **15** | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return | | |
| **16 a** | Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions | | X |
| **b** | If "Yes," did you or will you file required Form(s) 1099? | | |
| **17** | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return | | |
| **18** | Enter the number of partners that are foreign governments under section 892 | | |
| **19** | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| **20** | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| **21** | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? | | X |
| **22** | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions  $ | | |
| **23** | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| **24** | Does the partnership satisfy one or more of the following? See instructions | | X |
| **a** | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the partnership has business interest expense. | | |
| **c** | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| **25** | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15  $ | | |
| **26** | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership | | |
| | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| **27** | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | X |
| **28** | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | X |
| | Percentage: _____ By vote _____ By value _____ | | |
| **29** | Is the partnership required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions): | | |
| **a** | Under the applicable foreign corporation rules? | | X |

311021 12-18-23                                                                                                     Form **1065** (2023)

Form 1065 (2023)                                                                                      Page **4**

| | Schedule B | Other Information *(continued)* | Yes | No |
|---|---|---|---|---|
| | **b** | Under the covered surrogate foreign corporation rules? .......................................................... | | X |
| | | If "Yes" to either (a) or (b), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208. | | |
| **30** | | At any time during this tax year, did the partnership (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or financial interest in a digital asset)? See instructions | | X |
| **31** | | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions | | X |
| | | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ............................................................ _____ | | |
| | | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR    LIGHTHOUSE IMMERSIVE USA INC

| U.S. address of PR | — ████████████ | U.S. phone number of PR | ████████ |
|---|---|---|---|

If the PR is an entity, name of the designated individual for the PR    COREY ROSS

| U.S. address of designated individual | C/O WALDMAN HIRSCH 3 2ND ST SUITE 2 <br> JERSEY CITY, NJ 07311 | U.S. phone number of designated individual | ████████ |
|---|---|---|---|

Form **1065** (2023)

311041 12-18-23

Form 1065 (2023)   IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS        85-4007578   Page **5**

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|

**Income (Loss)**

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) (page 1, line 23) | 1 | -1,762,073. |
| 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| 3a | Other gross rental income (loss) | 3a | |
| b | Expenses from other rental activities (attach statement) | 3b | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| 4 | Guaranteed payments: a Services 4a | | |
| | b Capital 4b | | |
| c | Total. Add lines 4a and 4b | 4c | |
| 5 | Interest income                SEE STATEMENT 5 | 5 | 26,418. |
| 6 | Dividends and dividend equivalents: a Ordinary dividends | 6a | |
| b | Qualified dividends 6b | | |
| c | Dividend equivalents 6c | | |
| 7 | Royalties | 7 | |
| 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| b | Collectibles (28%) gain (loss) 9b | | |
| c | Unrecaptured section 1250 gain (attach statement) 9c | | |
| 10 | Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| 11 | Other income (loss) (see instructions) Type: | 11 | |

**Deductions**

| 12 | Section 179 deduction (attach Form 4562) | 12 | |
|---|---|---|---|
| 13a | Cash contributions | 13a | |
| b | Noncash contributions | 13b | |
| c | Investment interest expense | 13c | |
| d | Section 59(e)(2) expenditures: (1) Type: (2) Amount | 13d(2) | |
| e | Other deductions (see instructions) Type: | 13e | |

**Self-Employment**

| 14a | Net earnings (loss) from self-employment | 14a | -3,524. |
|---|---|---|---|
| b | Gross farming or fishing income | 14b | |
| c | Gross nonfarm income | 14c | 4,494. |

**Credits**

| 15a | Low-income housing credit (section 42(j)(5)) | 15a | |
|---|---|---|---|
| b | Low-income housing credit (other) | 15b | |
| c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 15c | |
| d | Other rental real estate credits (see instructions) Type: | 15d | |
| e | Other rental credits (see instructions) Type: | 15e | |
| f | Other credits (see instructions) Type: | 15f | |

**International**

| 16 | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance ☐ | | |
|---|---|---|---|

**Alternative Minimum Tax (AMT) Items**

| 17a | Post-1986 depreciation adjustment | 17a | |
|---|---|---|---|
| b | Adjusted gain or loss | 17b | |
| c | Depletion (other than oil and gas) | 17c | |
| d | Oil, gas, and geothermal properties - gross income | 17d | |
| e | Oil, gas, and geothermal properties - deductions | 17e | |
| f | Other AMT items (attach statement) | 17f | |

**Other Information**

| 18a | Tax-exempt interest income | 18a | |
|---|---|---|---|
| b | Other tax-exempt income | 18b | |
| c | Nondeductible expenses              SEE STATEMENT 6 | 18c | 4,444. |
| 19a | Distributions of cash and marketable securities | 19a | 4,453,333. |
| b | Distributions of other property | 19b | |
| 20a | Investment income | 20a | 26,418. |
| b | Investment expenses | 20b | |
| c | Other items and amounts (attach statement)        STMT 7 | | |
| 21 | Total foreign taxes paid or accrued | 21 | |

311042 12-18-23

Form **1065** (2023)

Form 1065 (2023)   IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS        85-4007578   Page **6**

## Analysis of Net Income (Loss) per Return

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13e, and 21 | | | | | **1** | -1,735,655. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | -3,471. | | |
| b Limited partners | -1,732,184. | | | | | |

## Schedule L   Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 4,830,155. | | 438,166. |
| 2a Trade notes and accounts receivable | 2,354. | | 19,615. | |
| b Less allowance for bad debts | | 2,354. | | 19,615. |
| 3 Inventories | | | | |
| 4 U.S. Government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) | STATEMENT 8 | 10,220,900. | | 5,717,760. |
| 7a Loans to partners (or persons related to partners) | | | | |
| b Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | | | | |
| 9a Buildings and other depreciable assets | 740,482. | | 915,214. | |
| b Less accumulated depreciation | | 740,482. | | 915,214. |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach statement) | STATEMENT 9 | 0. | | 155. |
| 14 Total assets | | 15,793,891. | | 7,090,910. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | 569,015. | | 1,133,954. |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach statement) | STATEMENT 10 | 5,811,997. | | 2,563,033. |
| 18 All nonrecourse loans | | | | |
| 19a Loans from partners (or persons related to partners) | | | | |
| b Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach statement) | | | | |
| 21 Partners' capital accounts | | 9,412,879. | | 3,393,923. |
| 22 Total liabilities and capital | | 15,793,891. | | 7,090,910. |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a Tax-exempt interest $ _____ | | |
| 3 Guaranteed payments (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 13e, and 21, not charged against book income this year (itemize): | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13e, and 21 (itemize): ____ | | a Depreciation $ _____ | | |
| a Depreciation $ _____ | | 8 Add lines 6 and 7 | | |
| b Travel and entertainment $ _____ | | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | |
| 5 Add lines 1 through 4 | | | | |

## Schedule M-2   Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | 8,642,552. | 6 Distributions: a Cash | | 4,453,333. |
| 2 Capital contributed: a Cash | | b Property | | |
| b Property | | 7 Other decreases (itemize): STMT 11 | | 4,444. |
| 3 Net income (loss) (see instructions) | -1,735,655. | | | |
| 4 Other increases (itemize): | | 8 Add lines 6 and 7 | | 4,457,777. |
| 5 Add lines 1 through 4 | 6,906,897. | 9 Balance at end of year. Subtract line 8 from line 5 | | 2,449,120. |

311043 12-18-23

Form **1065** (2023)

| Form **1125-A** | | | |
|---|---|---|---|

Form **1125-A**
(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name IMMERSIVE ART SPACE, LP<br>C/O WALDMAN HIRSCH | Employer Identification number<br>85-4007578 |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)    SEE STATEMENT 12 | 5 | 1,293,463. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 1,293,463. |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 1,293,463. |

**9 a** Check all methods used for valuing closing inventory:

    (i)  ☐ Cost

    (ii)  ☐ Lower of cost or market

    (iii)  ☐ Other (Specify method used and attach explanation) ▶ _____

  **b** Check if there was a writedown of subnormal goods      ▶ ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)    ▶ ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO    **9d** | |

  **e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions    ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory?    ☐ Yes ☒ No
    If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

324441
04-01-23    LHA

| SCHEDULE B-1<br>(Form 1065)<br>(Rev. August 2019)<br>Department of the Treasury<br>Internal Revenue Service | **Information on Partners Owning 50% or<br>More of the Partnership**<br>▶ Attach to Form 1065.<br>▶ Go to www.irs.gov/Form1065 for the latest information. | OMB No. 1545-0123 |
|---|---|---|

| Name of partnership | Employer identification number |
|---|---|
| IMMERSIVE ART SPACE, LP<br>C/O WALDMAN HIRSCH | 85-4007578 |

**Part I**  **Entities Owning 50% or More of the Partnership**  (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| LIGHTHOUSE IMMERSIVE USA INC | ███████2401 | CORPORATION | UNITED STATES | 69.90 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Part II**  **Individuals or Estates Owning 50% or More of the Partnership**  (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    **Schedule B-1 (Form 1065)  (Rev. 8-2019)**

324551  04-01-23

| SCHEDULE M-3 | **Net Income (Loss) Reconciliation** | |
|---|---|---|
| **(Form 1065)** | **for Certain Partnerships** | OMB No. 1545-0123 |
| (Rev. December 2021)<br>Department of the Treasury<br>Internal Revenue Service | ▶ **Attach to Form 1065.**<br>▶ **Go to www.irs.gov/Form1065 for instructions and the latest information.** | |

| Name of partnership | Employer identification number |
|---|---|
| IMMERSIVE ART SPACE, LP<br>C/O WALDMAN HIRSCH | 85-4007578 |

**This Schedule M-3 is being filed because (check all that apply):**

A ☐ The amount of the partnership's total assets at the end of the tax year is equal to $10 million or more.

B ☒ The amount of the partnership's adjusted total assets for the tax year is equal to $10 million or more. If box B is checked,
      enter the amount of adjusted total assets for the tax year    13,284,342.    .

C ☐ The amount of total receipts for the tax year is equal to $35 million or more. If box C is checked, enter the total
      receipts for the tax year _____ .

D ☐ An entity that is a reportable entity partner with respect to the partnership owns or is deemed to own an interest of 50%
      or more in the partnership's capital, profit, or loss on any day during the tax year of the partnership.

| Name of Reportable Entity Partner | Identifying Number | Maximum Percentage Owned or Deemed Owned |
|---|---|---|
| | | |
| | | |

E ☐ Voluntary filer.

**Part I    Financial Information and Net Income (Loss) Reconciliation**

**1a** Did the partnership file SEC Form 10-K for its income statement period ending with or within this tax year?
    ☐ **Yes.** Skip lines 1b and 1c and complete lines 2 through 11 with respect to that SEC Form 10-K.
    ☒ **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.

**b** Did the partnership prepare a certified audited non-tax-basis income statement for that period?
    ☐ **Yes.** Skip line 1c and complete lines 2 through 11 with respect to that income statement.
    ☒ **No.** Go to line 1c.

**c** Did the partnership prepare a non-tax-basis income statement for that period?
    ☒ **Yes.** Complete lines 2 through 11 with respect to that income statement.
    ☐ **No.** Skip lines 2 through 3b and enter the partnership's net income (loss) per its books and records on line 4a.

**2** Enter the income statement period:   Beginning 01/01/2023     Ending 12/31/2023

**3a** Has the partnership's income statement been restated for the income statement period on line 2?
    ☐ **Yes.** (If "Yes," attach a statement and the amount of each item restated.)
    ☒ **No.**

**b** Has the partnership's income statement been restated for any of the 5 income statement periods immediately preceding the period on line 2?
    ☐ **Yes.** (If "Yes," attach a statement and the amount of each item restated.)
    ☒ **No.**

| | | | |
|---|---|---|---|
| **4a** | Worldwide consolidated net income (loss) from income statement source identified on Part I, line 1 | **4a** | -1,565,438. |
| **b** | Indicate accounting standard used for line 4a. See instructions.<br>  **1** ☒ GAAP   **2** ☐ IFRS   **3** ☐ Section 704(b)<br>  **4** ☐ Tax-basis   **5** ☐ Other (specify) _____ | | |
| **5a** | Net income from noninclucible foreign entities (attach statement) | **5a** | (          ) |
| **b** | Net loss from noninclucible foreign entities (attach statement and enter as a positive amount) | **5b** | |
| **6a** | Net income from noninclucible U.S. entities (attach statement) | **6a** | (          ) |
| **b** | Net loss from noninclucible U.S. entities (attach statement and enter as a positive amount) | **6b** | |
| **7a** | Net income (loss) of other foreign disregarded entities (attach statement) | **7a** | |
| **b** | Net income (loss) of other U.S. disregarded entities (attach statement) | **7b** | |
| **8** | Adjustment to eliminations of transactions between includible entities and noninclucible entities (attach stmt.) | **8** | |
| **9** | Adjustment to reconcile income statement period to tax year (attach statement) | **9** | |
| **10** | Other adjustments to reconcile to amount on line 11 (attach statement) | **10** | |
| **11** | **Net income (loss) per income statement of the partnership.** Combine lines 4a through 10 | **11** | -1,565,438. |

**Note:** Part I, line 11, must equal Part II, line 26, column (a); or Form 1065, Schedule M-1, line 1. See instructions.

**12** Enter the total amount (not just the partnership's share) of the assets and liabilities of all entities included or removed on the following lines.

| | | Total Assets | Total Liabilities |
|---|---|---|---|
| **a** | Included on Part I, line 4 | 7,090,910. | 3,696,987. |
| **b** | Removed on Part I, line 5 | | |
| **c** | Removed on Part I, line 6 | | |
| **d** | Included on Part I, line 7 | | |

For Paperwork Reduction Act Notice, see the instructions for your return.          **Schedule M-3 (Form 1065) (Rev. 12-2021)**

310991  04-01-23      LHA

Schedule M-3 (Form 1065) (Rev. 12-2021)                                                                    Page **2**

| Name of partnership | IMMERSIVE ART SPACE, LP | Employer identification number |
|---|---|---|
| | C/O WALDMAN HIRSCH | 85-4007578 |

**Part II**    Reconciliation of Net Income (Loss) per Income Statement of Partnership With Income (Loss) per Return

| Income (Loss) Items | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|
| Attach statements for lines 1 through 10. | | | | |
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross foreign distributions previously taxed | | | | |
| 5 Income (loss) from equity method U.S. corporations | | | | |
| 6 U.S. dividends | | | | |
| 7 Income (loss) from U.S. partnerships | | | | |
| 8 Income (loss) from foreign partnerships | | | | |
| 9 Income (loss) from other pass-through entities | | | | |
| 10 Items relating to reportable transactions | | | | |
| 11 Interest income (see instructions) | 26,418. | | | 26,418. |
| 12 Total accrual to cash adjustment | | | | |
| 13 Hedging transactions | | | | |
| 14 Mark-to-market income (loss) | | | | |
| 15 Cost of goods sold (see instructions) | ( 1,293,463.) | | | ( 1,293,463.) |
| 16 Sale versus lease (for sellers and/or lessors) | | | | |
| 17 Section 481(a) adjustments | | | | |
| 18 Unearned/deferred revenue | | | | |
| 19 Income recognition from long-term contracts | | | | |
| 20 Original issue discount and other imputed interest | | | | |
| 21a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 22 Other income (loss) items with differences (attach statement) | | | | |
| 23 Total income (loss) items. Combine lines 1 through 22 | -1,267,045. | | | -1,267,045. |
| 24 Total expense/deduction items. (From Part III, line 31) (see instructions) | -143,981. | -174,661. | 4,444. | -314,198. |
| 25 Other items with no differences   STMT 13 | -154,412. | | | -154,412. |
| 26 Reconciliation totals. Combine lines 23 through 25 | -1,565,438. | -174,661. | 4,444. | -1,735,655. |

**Note:** Line 26, column (a), must equal Part I, line 11, and column (d) must equal Form 1065, Analysis of Net Income (Loss), line 1.

Schedule M-3 (Form 1065) (Rev. 12-2021)

310992
04-01-23

Schedule M-3 (Form 1065) (Rev. 12-2021)

Page **3**

| Name of partnership | IMMERSIVE ART SPACE, LP | Employer identification number |
| --- | --- | --- |
| | C/O WALDMAN HIRSCH | 85-4007578 |

**Part III**    Reconciliation of Net Income (Loss) per Income Statement of Partnership With Income (Loss) per Return – Expense/Deduction Items

| | Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
| --- | --- | --- | --- | --- | --- |
| 1 | State and local current income tax expense | | | | |
| 2 | State and local deferred income tax expense | | | | |
| 3 | Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 4 | Foreign deferred income tax expense | | | | |
| 5 | Equity-based compensation | | | | |
| 6 | Meals and entertainment   STMT 15 | 8,888. | | -4,444. | 4,444. |
| 7 | Fines and penalties | | | | |
| 8 | Judgments, damages, awards, and similar costs | | | | |
| 9 | Guaranteed payments | | | | |
| 10 | Pension and profit-sharing | | | | |
| 11 | Other post-retirement benefits | | | | |
| 12 | Deferred compensation | | | | |
| 13 | Charitable contribution of cash and tangible property | | | | |
| 14 | Charitable contribution of intangible property | | | | |
| 15 | Organizational expenses as per Regulations section 1.709-2(a) | | | | |
| 16 | Syndication expenses as per Regulations section 1.709-2(b) | | | | |
| 17 | Current year acquisition/reorganization investment banking fees | | | | |
| 18 | Current year acquisition/reorganization legal and accounting fees | | | | |
| 19 | Amortization/impairment of goodwill | | | | |
| 20 | Amortization of acquisition, reorganization, and start-up costs | | | | |
| 21 | Other amortization or impairment write-offs | | | | |
| 22 | Reserved for future use | | | | |
| 23a | Depletion - oil & gas | | | | |
| b | Depletion - other than oil & gas | | | | |
| 24 | Intangible drilling and development costs (IDC) | | | | |
| 25 | Depreciation | | | | |
| 26 | Bad debt expense | | | | |
| 27 | Interest expense (see instructions) | 1,218. | | | 1,218. |
| 28 | Purchase versus lease (for purchasers and/or lessees) | | | | |
| 29 | Research and development costs | | | | |
| 30 | Other expense/deduction items with differences (attach statement)   STMT 16 | 133,875. | 174,661. | | 308,536. |
| 31 | **Total expense/deduction items.** Combine lines 1 through 30. Enter here and on Part II, line 24, reporting positive amounts as negative and negative amounts as positive | 143,981. | 174,661. | -4,444. | 314,198. |

Schedule M-3 (Form 1065) (Rev. 12-2021)

310993
04-01-23

Form **8916-A**
(Rev. November 2019)
Department of the Treasury
Internal Revenue Service

## Supplemental Attachment to Schedule M-3

▶ **Attach to Schedule M-3 for Form 1065, 1120, 1120-L, 1120-PC, or 1120-S.**
▶ **Go to www.irs.gov/Form1120 for the latest information.**

OMB No. 1545-0123

| Name of common parent | Employer identification number |
|---|---|
| IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS | 85-4007578 |
| Name of subsidiary | Employer identification number |

| Part I | Cost of Goods Sold |
|---|---|

| Cost of Goods Sold Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 Amounts attributable to cost flow assumptions | | | | |
| 2 Amounts attributable to: | | | | |
| a Stock option expense | | | | |
| b Other equity-based compensation | | | | |
| c Meals and entertainment | | | | |
| d Parachute payments | | | | |
| e Compensation with section 162(m) limitation | | | | |
| f Pension and profit sharing | | | | |
| g Other post-retirement benefits | | | | |
| h Deferred compensation | | | | |
| i Reserved | | | | |
| j Amortization | | | | |
| k Depletion | | | | |
| l Depreciation | | | | |
| m Corporate-owned life insurance premiums | | | | |
| n Other section 263A costs | | | | |
| 3 Inventory shrinkage accruals | | | | |
| 4 Excess inventory and obsolescence reserves | | | | |
| 5 Lower of cost or market write-downs | | | | |
| 6 Other items with differences (attach statement) SEE STATEMENT 18 | | | | |
| 7 Other items with no differences | 1,293,463. | | | 1,293,463. |
| 8 **Total cost of goods sold.** Add lines 1 through 7 in columns a, b, c, and d. Enter totals on the applicable Schedule M-3. See instructions | 1,293,463. | | | 1,293,463. |

LHA    **For Paperwork Reduction Act Notice, see instructions.**

Form **8916-A** (Rev. 11-2019)

313315
04-01-23

Form 8916-A (Rev. 11-2019)   IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                85-4007578   Page **2**

## Part II   Interest Income

| | Interest Income Item | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|---|
| 1 | Tax-exempt interest income | | | | |
| 2 | Interest income from hybrid securities | | | | |
| 3 | Sale/lease interest income | | | | |
| 4a | Intercompany interest income - From outside tax affiliated group | | | | |
| 4b | Intercompany interest income - From tax affiliated group | | | | |
| 5 | Other interest income          STMT 19 | 26,418. | | | 26,418. |
| 6 | Total interest income. Add lines 1 through 5 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See instructions. | 26,418. | | | 26,418. |

## Part III   Interest Expense

| | Interest Expense Item | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|---|
| 1 | Interest expense from hybrid securities | | | | |
| 2 | Lease/purchase interest expense | | | | |
| 3a | Intercompany interest expense - Paid to outside tax affiliated group | | | | |
| 3b | Intercompany interest expense - Paid to tax affiliated group | | | | |
| 4 | Other interest expense          STMT 20 | 1,218. | | | 1,218. |
| 5 | Total interest expense. Add lines 1 through 4 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See instructions. | 1,218. | | | 1,218. |

Form **8916-A** (Rev. 11-2019)

313316
04-01-23

Form **8990**
(Rev. December 2022)

Department of the Treasury
Internal Revenue Service

# Limitation on Business Interest Expense
## Under Section 163(j)

**Attach to your tax return.**

**Go to www.irs.gov/Form8990 for instructions and the latest information.**

OMB No. 1545-0123

| Taxpayer name(s) shown on tax return | Identification number |
|---|---|
| IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS | 85-4007578 |

**A** If Form 8990 relates to an information return for a foreign entity (for example, Form 5471), enter:

Name of foreign entity _____

Employer identification number, if any _____

Reference ID number _____

**B** Is the foreign entity a CFC group member? See instructions .................................................... ☐ **Yes** ☐ **No**

**C** Is this Form 8990 filed by the specified group parent for an entire CFC group? See instructions ..................... ☐ **Yes** ☐ **No**

**D** Has a CFC or a CFC group made a safe harbor election? If yes, see instructions for which lines of Form 8990
to complete .................................................... ☐ **Yes** ☐ **No**

| Part I | Computation of Allowable Business Interest Expense |
|---|---|

*Part I is completed by all taxpayers subject to section 163(j). Schedule A and Schedule B need to be completed before Part I when the taxpayer is a partner or shareholder of a pass-through entity subject to section 163(j).*

## Section I - Business Interest Expense

| | | | | |
|---|---|---|---|---|
| 1 | Current year business interest expense (not including floor plan financing interest expense), before the section 163(j) limitation ............. | **1** | 1,218. | |
| 2 | Disallowed business interest expense carryforwards from prior years. (Does not apply to a partnership) ............. | **2** | | |
| 3 | Partner's excess business interest expense treated as paid or accrued in current year (Schedule A, line 44, column (h)) | **3** | | |
| 4 | Floor plan financing interest expense. See instructions ............. | **4** | | |
| 5 | **Total business interest expense.** Add lines 1 through 4 | | | **5** | 1,218. |

## Section II - Adjusted Taxable Income

### Tentative Taxable Income

| | | | |
|---|---|---|---|
| 6 | **Tentative taxable income.** See instructions ............. | **6** | -1,735,655. |

### Additions (adjustments to be made if amounts are taken into account on line 6)

| | | | | |
|---|---|---|---|---|
| 7 | Any item of loss or deduction that is not properly allocable to a trade or business of the taxpayer. See instructions | **7** | | |
| 8 | Any business interest expense not from a pass-through entity. See instr. | **8** | 1,218. | |
| 9 | Amount of any net operating loss deduction under section 172 | **9** | | |
| 10 | Amount of any qualified business income deduction allowed under section 199A ............. | **10** | | |
| 11 | Reserved for future use ............. | **11** | | |
| 12 | Amount of any loss or deduction items from a pass-through entity. See instructions | **12** | | |
| 13 | Other additions. See instructions ............. | **13** | | |
| 14 | Total current year partner's excess taxable income (Schedule A, line 44, column (f)) | **14** | | |
| 15 | Total current year S corporation shareholder's excess taxable income (Schedule B, line 46, column (c)) | **15** | | |
| 16 | **Total.** Add lines 7 through 15 | **16** | | 1,218. |

### Reductions (adjustments to be made if amounts are taken into account on line 6)

| | | | | |
|---|---|---|---|---|
| 17 | Any item of income or gain that is not properly allocable to a trade or business of the taxpayer. See instructions | **17** | ( ) | |
| 18 | Any business interest income not from a pass-through entity. See instructions | **18** | ( ) | |
| 19 | Amount of any income or gain items from a pass-through entity. See instructions | **19** | ( ) | |
| 20 | Other reductions. See instructions ............. | **20** | ( ) | |
| 21 | **Total.** Combine lines 17 through 20 | | | **21** ( ) |
| 22 | **Adjusted taxable income.** Combine lines 6, 16, and 21. See instructions | | | **22** |

LHA **For Paperwork Reduction Act Notice, see the instructions.** 323211 04-01-23

Form **8990** (Rev. 12-2022)

Form 8990 (Rev. 12-2022)                                                                                      Page **2**

## Section III - Business Interest Income

| | | | | | |
|---|---|---|---|---|---|
| 23 | Current year business interest income. See instructions | 23 | 26,418. | | |
| 24 | Excess business interest income from pass-through entities (total of | | | | |
| | Schedule A, line 44, column (g), and Schedule B, line 46, column (d)) | 24 | | | |
| 25 | **Total.** Add lines 23 and 24 | | | 25 | 26,418. |

## Section IV - Section 163(j) Limitation Calculations

### Limitation on Business Interest Expense

| | | | | | |
|---|---|---|---|---|---|
| 26 | Multiply the adjusted taxable income from line 22 by the applicable | | | | |
| | percentage. See instructions | 26 | | | |
| 27 | Business interest income (line 25) | 27 | 26,418. | | |
| 28 | Floor plan financing interest expense (line 4) | 28 | | | |
| 29 | **Total.** Add lines 26, 27, and 28 | | | 29 | 26,418. |

### Allowable Business Interest Expense

| | | | |
|---|---|---|---|
| 30 | **Total current year business interest expense deduction.** See instructions | 30 | 1,218. |

### Carryforward

| | | | |
|---|---|---|---|
| 31 | **Disallowed business interest expense.** Subtract line 29 from line 5. (If zero or less, enter -0-.) | 31 | |

| Part II | Partnership Pass-Through Items |
|---|---|

*Part II is only completed by a partnership that is subject to section 163(j). The partnership items below are allocated to the partners and are not carried forward by the partnership. See the instructions for more information.*

### Excess Business Interest Expense

| | | | |
|---|---|---|---|
| 32 | **Excess business interest expense.** Enter amount from line 31 | 32 | |

### Excess Taxable Income (If you entered an amount on line 32, skip lines 33 through 37.)

| | | | |
|---|---|---|---|
| 33 | Subtract the sum of lines 4 and 25 from line 5. (If zero or less, enter -0-.) | 33 | |
| 34 | Subtract line 33 from line 26. (If zero or less, enter -0-.) | 34 | |
| 35 | Divide line 34 by line 26. Enter the result as a decimal. (If line 26 is zero, enter -0-.) | 35 | |
| 36 | **Excess taxable income.** Multiply line 35 by line 22 | 36 | |

### Excess Business Interest Income

| | | | |
|---|---|---|---|
| 37 | **Excess business interest income.** Subtract the sum of lines 1, 2, and 3 from line 25. (If zero or less, enter -0-.) | 37 | 25,200. |

| Part III | S Corporation Pass-Through Items |
|---|---|

*Part III is only completed by S corporations that are subject to section 163(j). The S corporation items below are allocated to the shareholders. See the instructions for more information.*

### Excess Taxable Income

| | | | |
|---|---|---|---|
| 38 | Subtract the sum of lines 4 and 25 from line 5. (If zero or less, enter -0-.) | 38 | |
| 39 | Subtract line 38 from line 26. (If zero or less, enter -0-.) | 39 | |
| 40 | Divide line 39 by line 26. Enter the result as a decimal. (If line 26 is zero, enter -0-.) | 40 | |
| 41 | **Excess taxable income.** Multiply line 40 by line 22 | 41 | |

### Excess Business Interest Income

| | | | |
|---|---|---|---|
| 42 | **Excess business interest income.** Subtract the sum of lines 1, 2, and 3 from line 25. (If zero or less, enter -0-.) | 42 | |

Form **8990** (Rev. 12-2022)

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                      85-4007578

| | FOOTNOTES | STATEMENT 1 |
|---|---|---|

ELECTION STATEMENT ACCORDING TO SEC. 1.181-2(C)(2)(I)

THE NAME OF THE PRODUCTION: IMMERSIVE ART SPACE LP

THE DATE AGGREGATE PRODUCTION COSTS WERE FIRST PAID OR
INCURRED FOR THE PRODUCTION: 03/16/2023

THE AMOUNT OF AGGREGATE PRODUCTION COSTS PAID OR INCURRED
FOR THE PRODUCTION DURING THE TAXABLE YEAR:                   283,171.

THE AMOUNT OF QUALIFIED COMPENSATION (AS DEFINED IN SEC.
1.181-3(D)) PAID OR INCURRED FOR THE PRODUCTION DURING THE
TAXABLE YEAR:                                                  8,950.

THE AMOUNT OF COMPENSATION (AS DEFINED IN SEC. 1.181-3(C))
PAID OR INCURRED FOR THE PRODUCTION DURING THE TAXABLE YEAR:       0.


THE OWNER REASONABLY EXPECTS (BASED ON ALL OF THE FACTS AND
CIRCUMSTANCES AT THE TIME THE ELECTION IS MADE) BOTH THAT
THE PRODUCTION WILL BE SET FOR PRODUCTION (OR HAS BEEN SET
FOR PRODUCTION) AND WILL BE A QUALIFIED FILM OR TELEVISION
PRODUCTION.

| FORM 1065 | OTHER INCOME | STATEMENT 2 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| PARKING REVENUE | | 22,659. |
| SPONSORSHIP INCOME | | 19,615. |
| VENDOR RELATED REFERRAL INCOME | | 3,015. |
| TOTAL TO FORM 1065, LINE 7 | | 45,289. |

| FORM 1065 | TAX EXPENSE | STATEMENT 3 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| LICENSE AND PERMITS | | 168. |
| PAYROLL TAXES | | 76,164. |
| SALES/USE TAX EXPENSE | | 132,538. |
| TOTAL TO FORM 1065, LINE 14 | | 208,870. |

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                    85-4007578

---

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ADMINISTRATIVE EXPENSE | 41,482. |
| ADVERTISING | 794,016. |
| EXCHANGE LOSS | 21,080. |
| INSURANCE | 12. |
| MANAGEMENT FEES | 214,500. |
| MEALS | 4,444. |
| MISCELLANEOUS EXPENSE | 90. |
| OCCUPANCY COSTS | 165,079. |
| OPERATING EXPENSES | 134,549. |
| PAYROLL EXPENSES | 27,088. |
| PRODUCTION EXPENSES | 308,536. |
| PROFESSIONAL FEE | 147,961. |
| ROYALTIES EXPENSE | 31,090. |
| TRAVEL | 14,570. |
| TOTAL TO FORM 1065, LINE 21 | 1,904,497. |

---

| SCHEDULE K | INTEREST INCOME | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | U.S. BONDS | OTHER |
|---|---|---|
| INTEREST INCOME | | 26,418. |
| TOTAL TO SCHEDULE K, LINE 5 | | 26,418. |

---

| SCHEDULE K | NONDEDUCTIBLE EXPENSE | STATEMENT 6 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 4,444. |
| TOTAL TO SCHEDULE K, LINE 18C | 4,444. |

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                    85-4007578

=================================================================

SCHEDULE K                    OTHER ITEMS                    STATEMENT 7

=================================================================

| DESCRIPTION | AMOUNT |
|---|---|
| EXCESS BUSINESS INTEREST INCOME | 25,200. |
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | 2,247,221. |
| AGGREGATE BUSINESS ACTIVITY DEDUCTIONS | 4,009,294. |
| SECTION 199A - ORDINARY INCOME (LOSS) | -1,762,073. |
| SECTION 199A W-2 WAGES | 858,120. |
| SECTION 199A UNADJUSTED BASIS OF ASSETS | 780,553. |
| BUSINESS INTEREST EXPENSE | 1,218. |

=================================================================

SCHEDULE L              OTHER CURRENT ASSETS              STATEMENT 8

=================================================================

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE FROM INTERCOMPANY | 10,219,569. | 5,716,429. |
| EMPLOYEE ADVANCES | 1,331. | 1,331. |
| TOTAL TO SCHEDULE L, LINE 6 | 10,220,900. | 5,717,760. |

=================================================================

SCHEDULE L                  OTHER ASSETS                  STATEMENT 9

=================================================================

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DESIGN | 0. | 155. |
| TOTAL TO SCHEDULE L, LINE 13 | 0. | 155. |

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                          85-4007578

SCHEDULE L                    OTHER CURRENT LIABILITIES                STATEMENT 10

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE TO INTERCOMPANY | 5,464,254. | 2,232,005. |
| MEDICAL AND DENTAL LIABILITY | 41,750. | 62,903. |
| SALES TAX PAYABLE | 9,501. | 90,322. |
| TIPS PAYABLE | 94,392. | 116,422. |
| UNEARNED REVENUE - TICKET SALES | 202,100. | 61,381. |
| TOTAL TO SCHEDULE L, LINE 17 | 5,811,997. | 2,563,033. |

SCHEDULE M-2                    OTHER DECREASES                      STATEMENT 11

| DESCRIPTION | AMOUNT |
|---|---|
| NONDEDUCTIBLE EXPENSES | 4,444. |
| TOTAL TO SCHEDULE M-2, LINE 7 | 4,444. |

FORM 1125-A                      OTHER COSTS                          STATEMENT 12

| DESCRIPTION | AMOUNT |
|---|---|
| CAFE COST | 89,623. |
| INTERCOMPANY MANAGEMENT FEES COGS | 546,000. |
| INTERCOMPANY MERCH COGS | 42,551. |
| INTERCOMPANY ROYALTIES COGS | 42,500. |
| MERCHANDISE COST | 27,481. |
| TICKETS COST | 545,308. |
| TOTAL TO LINE 5 | 1,293,463. |

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                    85-4007578

SCHEDULE M-3        OTHER INCOME (LOSS) AND EXPENSE / DEDUCTION    STATEMENT 13
                          ITEMS WITH NO DIFFERENCES

| DESCRIPTION | PER INCOME STATEMENT | PER TAX RETURN |
|---|---|---|
| OTHER INCOME (LOSS) - SEE STATEMENT | 3,540,684. | 3,540,684. |
| OTHER EXPENSE / DEDUCTION - SEE STATEMENT | -3,695,096. | -3,695,096. |
| TOTAL TO SCHEDULE M-3, PART II, LINE 25 | -154,412. | -154,412. |

SCHEDULE M-3        OTHER INCOME (LOSS) ITEMS WITH NO DIFFERENCES    STATEMENT 14

| DESCRIPTION | INCOME (LOSS) PER INCOME STATEMENT | INCOME (LOSS) PER TAX RETURN |
|---|---|---|
| PARKING REVENUE | 22,659. | 22,659. |
| SALES | 3,495,395. | 3,495,395. |
| SPONSORSHIP INCOME | 19,615. | 19,615. |
| VENDOR RELATED REFERRAL INCOME | 3,015. | 3,015. |
| TOTAL TO SCHEDULE M-3, PART II, LINE 25 | 3,540,684. | 3,540,684. |

SCHEDULE M-3                MEALS AND ENTERTAINMENT            STATEMENT 15

| DESCRIPTION | EXPENSE PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | DEDUCTION PER TAX RETURN |
|---|---|---|---|---|
| MEALS AND ENTERTAINMENT FROM TRADE OR BUSINESS | 8,888. | | -4,444. | 4,444. |
| TOTAL | 8,888. | | -4,444. | 4,444. |

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                          85-4007578
══════════════════════════════════════════════════════════════════════════

SCHEDULE M-3      OTHER EXPENSE/DEDUCTION ITEMS WITH DIFFERENCES   STATEMENT 16
──────────────────────────────────────────────────────────────────────────

| DESCRIPTION | EXPENSE/ DEDUCTION PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | EXPENSE/ DEDUCTION PER TAX RETURN |
|---|---|---|---|---|
| PRODUCTION EXPENSES | 133,875. | 174,661. | 0. | 308,536. |
| TOTAL TO M-3, PART III, LINE 30 | 133,875. | 174,661. | 0. | 308,536. |


SCHEDULE M-3                   OTHER EXPENSE/DEDUCTION ITEMS          STATEMENT 17
                                    WITH NO DIFFERENCES
──────────────────────────────────────────────────────────────────────────

| DESCRIPTION | EXPENSE/ DEDUCTION PER INCOME STATEMENT | EXPENSE/ DEDUCTION PER TAX RETURN |
|---|---|---|
| ADMINISTRATIVE EXPENSE | 41,482. | 41,482. |
| ADVERTISING | 794,016. | 794,016. |
| EMPLOYEE BENEFIT PROGRAMS | 59,761. | 59,761. |
| EXCHANGE LOSS | 21,080. | 21,080. |
| INSURANCE | 12. | 12. |
| LICENSE AND PERMITS | 168. | 168. |
| MANAGEMENT FEES | 214,500. | 214,500. |
| MISCELLANEOUS EXPENSE | 90. | 90. |
| OCCUPANCY COSTS | 165,079. | 165,079. |
| OPERATING EXPENSES | 134,549. | 134,549. |
| PAYROLL EXPENSES | 27,088. | 27,088. |
| PAYROLL TAXES | 76,164. | 76,164. |
| PROFESSIONAL FEE | 147,961. | 147,961. |
| RENT EXPENSE | 921,819. | 921,819. |
| REPAIRS | 55,009. | 55,009. |
| ROYALTIES EXPENSE | 31,090. | 31,090. |
| SALARIES AND WAGES | 858,120. | 858,120. |
| SALES/USE TAX EXPENSE | 132,538. | 132,538. |
| TRAVEL | 14,570. | 14,570. |
| TOTAL TO SCHEDULE M-3, PART II, LINE 25 | 3,695,096. | 3,695,096. |

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                    85-4007578

═══════════════════════════════════════════════════════════════════════

| FORM 8916-A | OTHER ITEMS WITH NO DIFFERENCES | STATEMENT 18 |
|---|---|---|

| DESCRIPTION | PER INCOME STATEMENT | PER TAX RETURN |
|---|---|---|
| | 0. | 0. |
| CAFE COST | 89,623. | 89,623. |
| INTERCOMPANY MANAGEMENT FEES COGS | 546,000. | 546,000. |
| INTERCOMPANY MERCH COGS | 42,551. | 42,551. |
| INTERCOMPANY ROYALTIES COGS | 42,500. | 42,500. |
| MERCHANDISE COST | 27,481. | 27,481. |
| TICKETS COST | 545,308. | 545,308. |
| TOTAL TO LINE 7 | 1,293,463. | 1,293,463. |

═══════════════════════════════════════════════════════════════════════

| FORM 8916-A | OTHER INTEREST INCOME | | STATEMENT 19 |
|---|---|---|---|

| DESCRIPTION | PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | PER TAX RETURN |
|---|---|---|---|---|
| INTEREST INCOME | 26,418. | 0. | 0. | 26,418. |
| TOTAL TO PART II, LINE 5 | 26,418. | 0. | 0. | 26,418. |

═══════════════════════════════════════════════════════════════════════

| FORM 8916-A | OTHER INTEREST EXPENSE | | STATEMENT 20 |
|---|---|---|---|

| DESCRIPTION | PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | PER TAX RETURN |
|---|---|---|---|---|
| INTEREST EXPENSE | 1,218. | 0. | 0. | 1,218. |
| TOTAL TO PART III, LINE 4 | 1,218. | 0. | 0. | 1,218. |

651123

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2023**
For calendar year 2023, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

*See separate instructions.*

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|

**Part III** **Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | |
|---|---|
| 1 Ordinary business income (loss) | 14 Self-employment earnings (loss) |
| −1,231,689. | |
| 2 Net rental real estate income (loss) | 15 Credits |
| 3 Other net rental income (loss) | |
| 4a Guaranteed payments for services | 16 Schedule K-3 is attached if checked ................ ☐ |
| 4b Guaranteed payments for capital | 17 Alternative min tax (AMT) items |
| 4c Total guaranteed payments | |
| 5 Interest income | 18 Tax-exempt income and nondeductible expenses |
| 18,466. | C* 3,106. |
| 6a Ordinary dividends | |
| 6b Qualified dividends | 19 Distributions |
| 6c Dividend equivalents | A 2,907,333. |
| 7 Royalties | 20 Other information |
| | A * 18,466. |
| 8 Net short-term capital gain (loss) | N * 851. |
| | Z * STMT |
| 9a Net long-term capital gain (loss) | AF * 17,615. |
| | AJ * STMT |
| 9b Collectibles (28%) gain (loss) | |
| 9c Unrecaptured section 1250 gain | |
| 10 Net section 1231 gain (loss) | |
| 11 Other income (loss) | |

## Part I    Information About the Partnership

**A** Partnership's employer identification number
85-4007578

**B** Partnership's name, address, city, state, and ZIP code
IMMERSIVE ART SPACE, LP
C/O WALDMAN HIRSCH
3 SECOND STREET, SUITE 204
JERSEY CITY, NJ   07311

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II    Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
███████2401

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

LIGHTHOUSE IMMERSIVE USA INC
████████████

**G** ☐ General partner or LLC member-manager     ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner     ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? CORPORATION

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 69.9000000% | 69.9000000% |
| Loss | 69.9000000% | 69.9000000% |
| Capital | 69.9000000% | 69.9000000% |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

**K2** ☐ Check this box if Item K-1 includes liability amounts from lower-tier partnerships

**K3** ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions

## L    Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ 6,041,145. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ −1,216,329. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $( 2,907,333.) |
| Ending capital account | $ 1,917,483. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ...... $ _____
Ending ...... $ _____

| 12 Section 179 deduction | 21 Foreign taxes paid or accrued |
|---|---|
| 13 Other deductions | |
| 22 ☐ More than one activity for at-risk purposes* | |
| 23 ☐ More than one activity for passive activity purposes* | |

*See attached statement for additional information.

For IRS Use Only

1

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                              85-4007578

SCHEDULE K-1            NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 3,106. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 3,106. |

SCHEDULE K-1           BUSINESS INTEREST EXPENSE, BOX 20, CODE N

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| BUSINESS INTEREST EXPENSE (INCLUDED IN ORDINARY BUSINESS INCOME (LOSS)) | SEE PARTNERS INSTRUCTIONS | 851. |
| TOTAL TO SCHEDULE K-1, BOX 20, CODE N | | 851. |

SCHEDULE K-1            EXCESS BUSINESS LOSS LIMITATION
                       BOX 20, CODE AJ

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | SEE IRS SCH. K-1 INSTRUCTIONS | 1,570,807. |
| AGGREGATE BUSINESS ACTIVITY DEDUCTION | SEE IRS SCH. K-1 INSTRUCTIONS | 2,802,497. |

SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
| ORDINARY INCOME (LOSS) | -1,231,689. |
| W-2 WAGES | 599,826. |
| UNADJUSTED BASIS OF ASSETS | 545,607. |

PARTNER NUMBER 1

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                    85-4007578

## SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS
INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE
Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS
THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE
STATEMENT.

## SCHEDULE K-1   EXCESS BUSINESS INTEREST INCOME, BOX 20, CODE AF

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCESS BUSINESS INTEREST INCOME | SEE IRS SCH. K-1 INSTRUCTIONS | 17,615. |
| TOTAL TO SCHEDULE K-1, LINE 20 AF | | 17,615. |

## SCHEDULE K-1          CURRENT YEAR NET INCOME (LOSS) AND
                            OTHER INCREASES(DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | -1,231,689. | |
| INTEREST INCOME | 18,466. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -1,213,223. |
| NONDEDUCTIBLE EXPENSES | -3,106. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -3,106. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -1,216,329. |

## SCHEDULE K-1          SCHEDULE K-3 NOTIFICATION

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT RECEIVE A COPY OF
THE SCHEDULE UNLESS YOU REQUEST ONE.

PARTNER NUMBER 1

651123

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2023**
For calendar year 2023, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**
See separate instructions.

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | |
|---|---|
| 1 Ordinary business income (loss) **−526,860.** | 14 Self-employment earnings (loss) |
| 2 Net rental real estate income (loss) | 15 Credits |
| 3 Other net rental income (loss) | |
| 4a Guaranteed payments for services | 16 Schedule K-3 is attached if checked ☐ |
| 4b Guaranteed payments for capital | 17 Alternative min tax (AMT) items |
| 4c Total guaranteed payments | |
| 5 Interest income **7,899.** | 18 Tax-exempt income and nondeductible expenses **C\* 1,329.** |
| 6a Ordinary dividends | |
| 6b Qualified dividends | 19 Distributions **A 1,546,000.** |
| 6c Dividend equivalents | 20 Other information **A \* 7,899.** **N \* 364.** **Z \* STMT** |
| 7 Royalties | **AF \* 7,535.** **AJ \* STMT** |
| 8 Net short-term capital gain (loss) | |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | |
| 9c Unrecaptured section 1250 gain | |
| 10 Net section 1231 gain (loss) | |
| 11 Other income (loss) | |
| 12 Section 179 deduction | 21 Foreign taxes paid or accrued |
| 13 Other deductions | |

**Part I  Information About the Partnership**

**A** Partnership's employer identification number
85-4007578

**B** Partnership's name, address, city, state, and ZIP code
IMMERSIVE ART SPACE, LP
C/O WALDMAN HIRSCH
3 SECOND STREET, SUITE 204
JERSEY CITY, NJ  07311

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
████6111

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
MAESTRO IMMERSIVE ARTS INC.

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member
**H1** ☒ Domestic partner   ☐ Foreign partner
**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's: TIN ____ Name ____
**I1** What type of entity is this partner? CORPORATION
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐
**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 29.9000000% | 29.9000000% |
| Loss | 29.9000000% | 29.9000000% |
| Capital | 29.9000000% | 29.9000000% |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

**K2** ☐ Check this box if Item K-1 includes liability amounts from lower-tier partnerships
**K3** ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions

**L** Partner's Capital Account Analysis
Beginning capital account .......... $ 2,584,122.
Capital contributed during the year .......... $
Current year net income (loss) .......... $ −520,290.
Other increase (decrease) (attach explanation) .......... $
Withdrawals and distributions .......... $( 1,546,000.)
Ending capital account .......... $ 517,832.

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning .......... $
Ending .......... $

22 ☐ More than one activity for at-risk purposes\*
23 ☐ More than one activity for passive activity purposes\*
\*See attached statement for additional information.

For IRS Use Only

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.  311261 12-09-23  www.irs.gov/Form1065  **Schedule K-1 (Form 1065) 2023**

2

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                        85-4007578

SCHEDULE K-1             NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 1,329. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 1,329. |

SCHEDULE K-1             BUSINESS INTEREST EXPENSE, BOX 20, CODE N

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| BUSINESS INTEREST EXPENSE (INCLUDED IN ORDINARY BUSINESS INCOME (LOSS)) | SEE PARTNERS INSTRUCTIONS | 364. |
| TOTAL TO SCHEDULE K-1, BOX 20, CODE N | | 364. |

SCHEDULE K-1             EXCESS BUSINESS LOSS LIMITATION
                         BOX 20, CODE AJ

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | SEE IRS SCH. K-1 INSTRUCTIONS | 671,920. |
| AGGREGATE BUSINESS ACTIVITY DEDUCTION | SEE IRS SCH. K-1 INSTRUCTIONS | 1,198,778. |

SCHEDULE K-1             SECTION 199A INFORMATION, BOX 20, CODE Z

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
| ORDINARY INCOME (LOSS) | -526,860. |
| W-2 WAGES | 256,578. |
| UNADJUSTED BASIS OF ASSETS | 233,385. |

PARTNER NUMBER 2

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                        85-4007578

SCHEDULE K-1           SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS
INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE
Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS
THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE
STATEMENT.

SCHEDULE K-1   EXCESS BUSINESS INTEREST INCOME, BOX 20, CODE AF

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCESS BUSINESS INTEREST INCOME | SEE IRS SCH. K-1 INSTRUCTIONS | 7,535. |
| TOTAL TO SCHEDULE K-1, LINE 20 AF | | 7,535. |

SCHEDULE K-1           CURRENT YEAR NET INCOME (LOSS) AND
                       OTHER INCREASES(DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | -526,860. | |
| INTEREST INCOME | 7,899. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -518,961. |
| NONDEDUCTIBLE EXPENSES | -1,329. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -1,329. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -520,290. |

SCHEDULE K-1           SCHEDULE K-3 NOTIFICATION

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT RECEIVE A COPY OF
THE SCHEDULE UNLESS YOU REQUEST ONE.

PARTNER NUMBER 2

651123

**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

**2023**
For calendar year 2023, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

See separate instructions.

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | −3,524. | 14 Self-employment earnings (loss) A | −3,524. |
| 2 Net rental real estate income (loss) | | C | 4,494. |
| 3 Other net rental income (loss) | | 15 Credits | |
| 4a Guaranteed payments for services | | 16 Schedule K-3 is attached if checked ☐ | |
| 4b Guaranteed payments for capital | | 17 Alternative min tax (AMT) items | |
| 4c Total guaranteed payments | | | |
| 5 Interest income | 53. | 18 Tax-exempt income and nondeductible expenses C* | 9. |
| 6a Ordinary dividends | | | |
| 6b Qualified dividends | | 19 Distributions | |
| 6c Dividend equivalents | | | |
| 7 Royalties | | 20 Other information A | 53. |
| 8 Net short-term capital gain (loss) | | N * | 2. |
| | | Z * | STMT |
| 9a Net long-term capital gain (loss) | | AF * | 50. |
| | | AJ * | STMT |
| 9b Collectibles (28%) gain (loss) | | | |
| 9c Unrecaptured section 1250 gain | | | |
| 10 Net section 1231 gain (loss) | | | |
| 11 Other income (loss) | | | |
| 12 Section 179 deduction | | 21 Foreign taxes paid or accrued | |
| 13 Other deductions | | | |

### Part I  Information About the Partnership

A Partnership's employer identification number
85-4007578

B Partnership's name, address, city, state, and ZIP code
IMMERSIVE ART SPACE, LP
C/O WALDMAN HIRSCH
3 SECOND STREET, SUITE 204
JERSEY CITY, NJ  07311

C IRS center where partnership filed return:
E-FILE

D ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

E Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
████8079

F Name, address, city, state, and ZIP code for partner entered in E. See instructions.
IMMERSIVE ARTS SPACE LLC

G ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

H1 ☒ Domestic partner   ☐ Foreign partner

H2 ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

I1 What type of entity is this partner?  PARTNERSHIP

I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

J Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 0.2000000 % | 0.2000000 % |
| Loss | 0.2000000 % | 0.2000000 % |
| Capital | 0.2000000 % | 0.2000000 % |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

K1 Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse $ | | $ |
| Qualified nonrecourse financing $ | | $ |
| Recourse $ | 6,381,012. | $ 3,696,987. |

K2 ☐ Check this box if Item K-1 includes liability amounts from lower-tier partnerships
K3 ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions

L **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account $ | 17,285. |
| Capital contributed during the year $ | |
| Current year net income (loss) $ | −3,480. |
| Other increase (decrease) (attach explanation) $ | |
| Withdrawals and distributions $( | ) |
| Ending capital account $ | 13,805. |

M Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No  If "Yes," attach statement. See instructions.

N Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning $ _____
Ending $ _____

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   311261 12-09-23   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2023**

3

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                          85-4007578

SCHEDULE K-1              NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 9. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 9. |

SCHEDULE K-1           BUSINESS INTEREST EXPENSE, BOX 20, CODE N

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| BUSINESS INTEREST EXPENSE (INCLUDED IN ORDINARY BUSINESS INCOME (LOSS)) | SEE PARTNERS INSTRUCTIONS | 2. |
| TOTAL TO SCHEDULE K-1, BOX 20, CODE N | | 2. |

SCHEDULE K-1              EXCESS BUSINESS LOSS LIMITATION
                         BOX 20, CODE AJ

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | SEE IRS SCH. K-1 INSTRUCTIONS | 4,494. |
| AGGREGATE BUSINESS ACTIVITY DEDUCTION | SEE IRS SCH. K-1 INSTRUCTIONS | 8,019. |

SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
| ORDINARY INCOME (LOSS) | -3,524. |
| SELF-EMPLOYMENT EARNINGS(LOSS) | -3,524. |
| W-2 WAGES | 1,716. |
| UNADJUSTED BASIS OF ASSETS | 1,561. |

PARTNER NUMBER 3

IMMERSIVE ART SPACE, LP C/O WALDMAN HIRS                          85-4007578

## SCHEDULE K-1        SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS
INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE
Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS
THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE
STATEMENT.

## SCHEDULE K-1  EXCESS BUSINESS INTEREST INCOME, BOX 20, CODE AF

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCESS BUSINESS INTEREST INCOME | SEE IRS SCH. K-1 INSTRUCTIONS | 50. |
| TOTAL TO SCHEDULE K-1, LINE 20 AF | | 50. |

## SCHEDULE K-1        CURRENT YEAR NET INCOME (LOSS) AND
## OTHER INCREASES(DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | -3,524. | |
| INTEREST INCOME | 53. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -3,471. |
| NONDEDUCTIBLE EXPENSES | -9. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -9. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -3,480. |

## SCHEDULE K-1        SCHEDULE K-3 NOTIFICATION

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT RECEIVE A COPY OF
THE SCHEDULE UNLESS YOU REQUEST ONE.

PARTNER NUMBER 3

# Immersive Art Space LP
## Profit and Loss
### January - December 2024

|  | | Total |
|---|---|---|
| **Income** | | |
| **40000-16 TICKET SALES** | | |
| 40005-16 Stripe Ticket Sales | | 11,706.16 |
| 40010-16 Universe Fees Passed on to Buyer | | 4,289.26 |
| 40045-16 Square Box Office Sales | | 564.21 |
| 40060-16 Refunds | | -111.76 |
| 40075-16 Broker Ticket Sales | | 336.05 |
| **Total 40000-16 TICKET SALES** | $ | 16,783.92 |
| **41000-16 MERCHANDISE SALES** | | |
| 41005-16 Lightspeed Merchandise Sales | | 1,203.07 |
| 41020-16 Product - On-Site Sales | | -4,906.00 |
| **Total 41000-16 MERCHANDISE SALES** | -$ | 3,702.93 |
| **42000-16 CAFE AND BAR SALES** | | |
| 42005-16 Cafe Beverage | | 144.46 |
| 42010-16 Cafe Food | | 125.94 |
| 42015-16 Gallery Bar Sales | | 385.43 |
| **Total 42000-16 CAFE AND BAR SALES** | $ | 655.83 |
| 44000-16 Other Sales | | 32,245.67 |
| 44010-16 Parking Revenue | | 50.47 |
| 45200-16 Discounts | | -132.89 |
| **Total Income** | $ | 45,900.07 |
| **Cost of Goods Sold** | | |
| **50000-16 TICKETS COST** | | |
| 50050-16 Stripe and Universe Fees | | 3,222.78 |
| **Total 50000-16 TICKETS COST** | $ | 3,222.78 |
| 50502-16 Royalties | | -23,282.25 |
| **51000-16 MERCHANDISE COST** | | |
| 51020-16 Lightspeed Fees | | 33.48 |
| 51025-16 Other Merch COGS | | 153.50 |
| **Total 51000-16 MERCHANDISE COST** | $ | 186.98 |
| **52000-16 CAFE COST** | | |
| 52015-16 Cafe Supplies | | 18,157.90 |
| 52025-16 Dalewell Cost | | |
| 52027-16 Wine Cost | | 4,235.19 |
| **Total 52025-16 Dalewell Cost** | $ | 4,235.19 |
| **Total 52000-16 CAFE COST** | $ | 22,393.09 |
| 57000-16 Intercompany COGS | | |
| 57300-16 Interco Management Fees COGS | | -91,000.00 |
| **Total 57000-16 Intercompany COGS** | -$ | 91,000.00 |

| | | |
|---|---|---:|
| **Total Cost of Goods Sold** | **-$** | **88,479.40** |
| **Gross Profit** | **$** | **134,379.47** |
| **Expenses** | | |
| **60000-16 PAYROLL EXPENSES** | | |
| **60100-16 WAGES** | | |
| 60105-16 Wages - Management | | 30,036.56 |
| 60120-16 Wages - Box Office | | 5,760.00 |
| 60140-16 Wages - Other | | 12,996.00 |
| 60155-16 Wages - Cafe | | 1,756.66 |
| 60180-16 Wages - Retail | | 3,656.71 |
| **Total 60100-16 WAGES** | **$** | **54,205.93** |
| **60200-16 PAYROLL TAXES** | | 6,062.02 |
| **60300-16 EMPLOYEE BENEFITS** | | -2,328.24 |
| 60315-16 Other Employee Benefits | | 845.52 |
| 60335-16 Medical and Dental | | -49,634.27 |
| **Total 60300-16 EMPLOYEE BENEFITS** | **-$** | **51,116.99** |
| **60400-16 OTHER PAYROLL** | | 1,610.10 |
| 60405-16 Payroll Processing | | 1,053.43 |
| **Total 60400-16 OTHER PAYROLL** | **$** | **2,663.53** |
| **Total 60000-16 PAYROLL EXPENSES** | **$** | **11,814.49** |
| **60500-16 Operating Expenses** | | |
| 60510-16 Bar and Concessions | | -116,475.47 |
| 60525-16 Communications | | 26.53 |
| 60550-16 Photography/ Videography | | 495.00 |
| **Total 60500-16 Operating Expenses** | **-$** | **115,953.94** |
| **61000-16 MARKETING EXPENSES** | | |
| 61005-16 Outdoor Advertising | | -19,411.75 |
| 61015-16 Print Advertising | | -2,012.40 |
| 61025-16 Online Advertising | | 0.00 |
| 61030-16 Digital Advertising | | 373.72 |
| 61050-16 Publicity | | -5,785.00 |
| 61075-16 Other Marketing Expense | | -953.25 |
| **Total 61000-16 MARKETING EXPENSES** | **-$** | **27,788.68** |
| **62000-16 OCCUPANCY COSTS** | | |
| 62005-16 Venue- Rent | | 248,000.00 |
| 62011-16 Insurance - Liability | | 11,036.00 |
| 62015-16 Repairs & Maintenance | | 22,454.14 |
| 62020-16 Utilities | | 12,069.12 |
| 62025-16 Waste Removal | | 10,238.72 |
| 62030-16 Professional Fee - Security | | -1,220.63 |
| 62045-16 Load-Out | | 15,876.71 |
| 62060-16 Other Operating Expense | | 764.03 |
| **Total 62000-16 OCCUPANCY COSTS** | **$** | **319,218.09** |
| **63000-16 ADMINISTRATIVE EXPENSES** | | |

| | | |
|---|---|---:|
| **63015-16 Square Fees** | | -747.17 |
| **63035-16 Offices Software** | | 7,074.37 |
| **63040-16 Office Supplies** | | -20.00 |
| **63045-16 Travel Expenses** | | -170.24 |
| **63050-16 Meals and Entertainment** | | 642.28 |
| **63055-16 Professional Services** | | 100.00 |
| **63065-16 Bank Fees** | | 6,409.35 |
| **63070-16 Professional Fee - Legal** | | 80,163.51 |
| **63075-16 Professional Fee - Accounting** | | 22,500.00 |
| **63091-16 Parking** | | 28.00 |
| **63100-16 Per Diems** | | 830.71 |
| **63115-16 Dues and Subscriptions** | | 1,436.18 |
| **63125-16 Courier, Shipping, Postage** | | 41.05 |
| **63130-16 Storage and Warehouse Fees** | | 16,000.00 |
| **Total 63000-16 ADMINISTRATIVE EXPENSES** | **$** | **134,288.04** |
| **63150-16 Other Miscellaneous Expense** | | 4.18 |
| **64000-16 Uncategorized Expense** | | 10,002.98 |
| **65000-16 Production Expenses** | | |
| **65020-16 Equipment Rental** | | 698.36 |
| **65030-16 Pre-Production Amortization** | | 256,315.06 |
| **Total 65000-16 Production Expenses** | **$** | **257,013.42** |
| **67100-16 Reserve for Bad Debts** | | 19,615.20 |
| **Total Expenses** | **$** | **608,213.78** |
| **Net Operating Income** | **-$** | **473,834.31** |
| **Other Income** | | |
| **80000-16 Interest Income** | | 1,602.56 |
| **Total Other Income** | **$** | **1,602.56** |
| **Other Expenses** | | |
| **Unrealized Gain or Loss** | | -1.92 |
| **94000-16 Exchange Gain or Loss** | | 70.55 |
| **Total Other Expenses** | **$** | **68.63** |
| **Net Other Income** | **$** | **1,533.93** |
| **Net Income** | **-$** | **472,300.38** |

Friday, May 30, 2025 01:52:55 PM GMT-7 - Accrual Basis

# Immersive Art Space LP
## Profit and Loss
### January 1 - May 30, 2025

|  |  | Total |
|---|---|---|
| **Income** |  |  |
| 41000-16 MERCHANDISE SALES |  |  |
| 41020-16 Product - On-Site Sales |  | -712.50 |
| Total 41000-16 MERCHANDISE SALES | -$ | 712.50 |
| 44000-16 Other Sales |  | 56,000.00 |
| 49999-16 Uncategorized Income |  | 271,049.89 |
| **Total Income** | $ | 326,337.39 |
| **Cost of Goods Sold** |  |  |
| 50000-16 TICKETS COST |  |  |
| 50050-16 Stripe and Universe Fees |  | 1,467.98 |
| Total 50000-16 TICKETS COST | $ | 1,467.98 |
| **Total Cost of Goods Sold** | $ | 1,467.98 |
| **Gross Profit** | $ | 324,869.41 |
| **Expenses** |  |  |
| 62000-16 OCCUPANCY COSTS |  |  |
| 62011-16 Insurance - Liability |  | -1,095.00 |
| Total 62000-16 OCCUPANCY COSTS | -$ | 1,095.00 |
| 63000-16 ADMINISTRATIVE EXPENSES |  |  |
| 63035-16 Offices Software |  | 1,205.55 |
| 63045-16 Travel Expenses |  | 947.70 |
| 63050-16 Meals and Entertainment |  | 9.99 |
| 63055-16 Professional Services |  | 58,601.00 |
| 63065-16 Bank Fees |  | 2,841.97 |
| 63070-16 Professional Fee - Legal |  | 230,000.00 |
| 63075-16 Professional Fee - Accounting |  | 1,000.00 |
| 63091-16 Parking |  | 7.50 |
| 63115-16 Dues and Subscriptions |  | 543.44 |
| 63130-16 Storage and Warehouse Fees |  | 16,000.00 |
| Total 63000-16 ADMINISTRATIVE EXPENSES | $ | 311,157.15 |
| **Total Expenses** | $ | 310,062.15 |
| **Net Operating Income** | $ | 14,807.26 |
| **Other Income** |  |  |
| 82001-16 Wages Subsidy Received |  | 390,679.75 |
| **Total Other Income** | $ | 390,679.75 |
| **Other Expenses** |  |  |
| Unrealized Gain or Loss |  | 0.00 |
| **Total Other Expenses** | $ | 0.00 |
| **Net Other Income** | $ | 390,679.75 |
| **Net Income** | $ | 405,487.01 |

# Immersive Art Space LP
## Balance Sheet
### As of May 30, 2025

| | | Total |
|---|---|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| **Bank Accounts** | | |
| **10000-16 CNB0787 Checking** | | 506,393.39 |
| **10005-16 CHASE2019 Checking** | | 396.78 |
| **10010-16 CNB Money Market USD (6110)** | | 3,007.31 |
| **10230-16 Stripe Clearing (LH Chicago #2)** | | -2.74 |
| **Total Bank Accounts** | $ | **509,794.74** |
| **Accounts Receivable** | | |
| **11000-16 Accounts Receivable (A/R)** | | 0.00 |
| **Total Accounts Receivable** | $ | **0.00** |
| **Total Current Assets** | $ | **509,794.74** |
| **Fixed Assets** | | |
| **14000-16 Furniture & Fixtures** | | |
| **14005-16 Original cost** | | 164,328.59 |
| **Total 14000-16 Furniture & Fixtures** | $ | **164,328.59** |
| **14100-16 Leasehold Improvements** | | 38,500.00 |
| **14200-16 A/V EQUIPMENT** | | 3,859.74 |
| **14205-16 Original cost** | | 418,437.19 |
| **Total 14200-16 A/V EQUIPMENT** | $ | **422,296.93** |
| **14400-16 OTHER EQUIPMENT** | | |
| **14405-16 Other Equipment-Original Cost** | | 37,044.83 |
| **Total 14400-16 OTHER EQUIPMENT** | $ | **37,044.83** |
| **14600-16 SOFTWARE DEVELOPMENT** | | |
| **14605-16 Software Development** | | 28,356.59 |
| **Total 14600-16 SOFTWARE DEVELOPMENT** | $ | **28,356.59** |
| **15100-16 PRE-PRODUCTION** | | 13,228.09 |
| **15105-16 Bar and Concessions** | | 6,376.81 |
| **15106-16 Equipment - Grab and Gogh** | | 550.00 |
| **Total 15105-16 Bar and Concessions** | $ | **6,926.81** |
| **15110-16 Box Office Setup** | | 568.19 |
| **15115-16 Cleaning** | | 7,330.02 |
| **15120-16 Employee Labor** | | 17,225.00 |
| **15125-16 Consulting Fees** | | 12,421.63 |
| **15130-16 Dues & Subscriptions** | | 570.00 |
| **15135-16 Freight Charges** | | 21,466.57 |
| **15140-16 G&A Bank Fees** | | 11,706.68 |
| **15145-16 Other Pre-Production** | | 124,976.28 |
| **15150-16 Insurance** | | 10,996.49 |

| | | |
|---|---|---:|
| **15155-16 Labor** | | 184,472.08 |
| **15157-16 Show Creation** | | 222,336.24 |
| **15160-16 Legal Fees** | | 105,783.95 |
| **15165-16 Set Design and Construction** | | 8,184.43 |
| **15166-16 Installation & Load Out** | | 56,352.05 |
| **15167-16 PPE** | | 27,380.43 |
| **15168-16 Construction & Equipment** | | 125,552.80 |
| **15169-16 License Fees** | | 168,059.75 |
| **15170-16 Lighting** | | 894.56 |
| **15171-16 Management/Overhead** | | 85,987.25 |
| **15172-16 Tech Fees** | | 2,703.94 |
| **15176-16 Meals** | | 3,491.84 |
| **15177-16 Transportation and Accommodation** | | 47,479.35 |
| **15185-16 Office Equipment** | | 274.35 |
| **15190-16 Production** | | 30,497.05 |
| **15192-16 Rent** | | |
| **15194-16 Catering** | | 16,512.47 |
| **Total 15192-16 Rent** | $ | **16,512.47** |
| **15193-16 Security** | | 2,823.26 |
| **15195-16 Show License Fee** | | 318,561.06 |
| **15196-16 Digital Marketing** | | 24,934.10 |
| **15197-16 PP Marketing** | | 736.86 |
| **15198-16 PP Scenic Elements** | | 4,843.45 |
| **15199-16 Pre-Production - Accumulated Amortization** | | -1,663,732.53 |
| **Total 15100-16 PRE-PRODUCTION** | $ | **1,544.50** |
| **Total Fixed Assets** | $ | **692,071.44** |
| **Other Assets** | | |
| **15000-16 DESIGN** | | |
| **15005-16 Interior Design & Furnishing Fees** | | 155.28 |
| **Total 15000-16 DESIGN** | $ | **155.28** |
| **Total Other Assets** | $ | **155.28** |
| **TOTAL ASSETS** | $ | **1,202,021.46** |
| **LIABILITIES AND EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| **20000-16 Accounts Payable** | | 1,179,880.80 |
| **20005-16 Accounts Payable (A/P) - CAD** | | 2,027.18 |
| **20010-16 Accounts Payable (A/P) - EUR** | | 0.00 |
| **Total Accounts Payable** | $ | **1,181,907.98** |
| **Credit Cards** | | |
| **21000-16 AMEX CC - M.Schlover (1009)** | | 108.74 |
| **Total Credit Cards** | $ | **108.74** |
| **Other Current Liabilities** | | |

**22105-16 SALES TAX PAYABLE**

| | | |
|---|---|---|
| 22107-16 MPEA Tax 1% ST-4 | | -2,176.00 |
| 22115-16 Sales Tax | | 90,889.99 |
| **Total 22105-16 SALES TAX PAYABLE** | $ | **88,713.99** |
| **22150-16 Medical and Dental Liability** | | 0.00 |
| **22200-16 Unearned Revenue - Ticket Sales** | | 52,184.44 |
| **26001-16 Due to/from Lighthouse Immersive Inc USD** | | 138,114.07 |
| **26002-16 Due to/From Lighthouse Immersive USA, Inc** | | 792,240.40 |
| **26004-16 Due to/from Lighthouse Immersive Las Vegas LLC** | | 1,050.00 |
| **26013-16 Due to/from Lighthouse Magic Maze USA Inc** | | -1,197.54 |
| **26014-16 Due to/from Lighthouse Artspace Minneapolis LLC** | | -458,354.38 |
| **26015-16 Due to/from Immersive Artspace NY LP** | | 905,817.31 |
| **26017-16 Due to/from Immersive Artspace Boston** | | -3,796,194.08 |
| **26018-16 Due to/from Immersive Artspace Miami LLC** | | -1,361,479.40 |
| **26030-16 Due to/from Immersive Artspace LLC** | | 329,700.75 |
| **26032-16 Due to/from Lighthouse Immersive Studios USA Corp** | | 2,100.00 |
| **26046-16 Due to/from Lighthouse Immersive Nevada Inc** | | 200.00 |
| **Total Other Current Liabilities** | -$ | **3,307,104.44** |
| **Total Current Liabilities** | -$ | **2,125,087.72** |
| **Total Liabilities** | -$ | **2,125,087.72** |
| **Equity** | | |
| **33000-16 PARTNER DISTRIBUTIONS** | | |
| 33005-16 Lighthouse Immersive USA Inc. | | -2,907,333.33 |
| 33010-16 Maestro Distribution | | -1,546,000.00 |
| **Total 33000-16 PARTNER DISTRIBUTIONS** | -$ | **4,453,333.33** |
| **34000-16 Retained Earnings** | | 7,374,955.49 |
| **Net Income** | | 405,487.01 |
| **Total Equity** | $ | **3,327,109.17** |
| **TOTAL LIABILITIES AND EQUITY** | $ | **1,202,021.45** |